# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Art Line, Inc. | ) | |
| | ) | Case No. 08-24841 |
| | ) | |
| Debtor. | ) | |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

**Name of Applicants:**          **DiMonte & Lizak, LLC Counsel to Trustee ("D&L")**

**Authorized to Provide
Professionals Services to:**     **Trustee**

**Date of Order Authorizing Employment:**     **November 13, 2008 (effective September 29, 2008)**

**Period for Which
Compensation is Sought:**     **September 29, 2008 through close of case**

**Amount of Fees Sought:**     **$20,00.00[1]**

**Amount of Expenses
Reimbursement Sought:**     **$180.86**

**Total:**          **$20,180.86**

This is an _____ Interim Application          **X**  Final Application

If this is not the first application filed herein by the this professional, disclosures as to all prior fee applications: N/A

---

[1] D&L has expended in excess of $38,130.00 in time related to this case. D&L has received $6,591.00 pursuant to 11 U.S.C.§506(c) reflected in this Court's order dated July 16, 2009. D&L has agreed with the Trustee to limit its request for additional compensation to $20,000.00 plus the reimbursement of expenses in the amount $180.86.

| Date Allowed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| July 16, 2009 | 506(c) Fees | $6,591.00 | $6,591.00 | $0 |
| | | | | |
| | | | | |

A distribution of $30,000.00 has already been made to Eniltra, LLC ("Eniltra") as a secured creditor herein.  Furthermore, Eniltra had previously consented to a distribution in the amount that was $6,591.00 that was made to D&L, pursuant to 11 U.S.C. §506(c), as reflected in this court's order dated July 16, 2009.

The amount of fees and expenses paid to the Applicant to date of services rendered and expenses incurred herein is: $6,591.00 (506(c) Fees).

Date:   October 1, 2012

Applicant:   _____ DiMonte & Lizak, LLC _____

By: _____ /s/ Ira P. Goldberg _____

Ira P. Goldberg
ARDC#: 6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )    Chapter 7
                                          )
Art Line, Inc.                            )
                                          )    Case No. 08-24841
                                          )
            Debtor.                       )

FINAL APPLICATION TO THE COURT
OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR THE TRUSTEE

DiMonte & Lizak, LLC ("D&L"), counsel for Richard J. Mason, the trustee ("Trustee") in

the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final

compensation in the amount of $20,000.00[1] and reimbursement of expenses of $180.86.[2]

## I. NARRATIVE SUMMARY

1.      On or about September 19, 2008, Art Line, Inc., ("Debtor") filed a voluntary

Chapter 7 petition.

2.      Richard J. Mason  is the duly appointed and acting Trustee of the estate of the

Debtor.

---

[1]D&L has expended in excess of $38,130.00 in time related to this case.  D&L has
received $6,591.00 pursuant to 11 U.S.C.§506(c) reflected in this Court's order dated July 16,
2009.  D&L has agreed with the Trustee to limit its request for additional compensation to
$20,000.00, plus the reimbursement of expenses in the amount $180.86.

[2] Furthermore, a distribution of $30,000.00 has already been made to Eniltra, LLC
("Eniltra") as a secured creditor herein.  Eniltra had previously consented to a distribution in the
amount that was $6,591.00 that was made to D&L, pursuant to 11 U.S.C. §506(c), as reflected in
this court's order dated July 16, 2009.

1

3.    For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

(a)    Previous requests, if any, for fees and expenses herein;

(b)    Previous awards, if any, of fees and expenses herein;

(c)    Disclosures related to professionals and para-professionals who have worked on this case;

(d)    Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)    Disclosures regarding the financial condition of this estate ("Estate").

4.    The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

| | |
|---|---|
| Ira P. Goldberg (Developmental Partner) | $310.00 |
| Edyta Kania (Paralegal) | $100.00 |

## II. CASE STATUS

5.    Professionals have been retained. The attorneys are Ira P. Goldberg and Di Monte & Lizak, LLC as legal counsel for the Trustee. The accountant for this Estate is Barry Steinberg and the accounting firm of Abrams & Steinberg. The Trustee recovered approximately $75,800.00 in this case based primarily on the efforts of D&L. Pursuant to the court order dated July 16, 2009, approximately $36,600.00 thereof was disbursed. Currently, after certain other expenses of administration, there is approximately $37,800.00 on hand. This case has been very difficult. From day one, the Debtor was involved in major disputes with a secured creditor, Eniltra. The Trustee and his counsel were dragged into those disputes which had their origin in

2

the Debtor surrendering all tangible assets to Eniltra and thereafter, prior to the filing date,

Eniltra limiting the Debtor and its representatives from access to certain records and certain

personal belongings of the Debtor's insiders.  The major recoveries in this Estate are as follows:

A.   Approximately $26,100.00 related to the liquidation of certain vehicles.  The
Trustee had to obtain certain titles of certain vehicles from Eniltra, and, among
other things, had to work out a dispute related to a 1997 or 1998 BMW, which
apparently was in the name of Steven Pahos and was signed over to Eniltra pre-
petition.  The resolution of that dispute is further described in the Agreed
Supplemental Order entered by this court on or about January 29, 2009.  See
Docket Number 26.

B.   On or about December 12, 2008, the Trustee recovered $36,397.80 from
Glenview State Bank.("GSB").

C.   On or about January 16, 2009, the Trustee recovered through GSB $194.96
related to a distribution from the Fleming bankruptcy estate.

D.   On or about February 23, 2009, the Trustee recovered $13,195.48 from GSB
related to the general funds in the Debtor's account that had been setoff and which
could not be traced back to a receivable of Eniltra.

### III. PROJECT SUMMARIES

6.   For the time period covered by this application D&L provided a wide variety of legal

services to the Trustee.  The services which were performed by D&L during such time period are

categorized and described in detail on an itemized statement attached hereto and made part of as

Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who

worked on that matter, of the total number of hours (with dollar value) spent on that matter.  The

following is a statistical overview of the services performed by D&L for which it seeks

compensation which includes the approximate hours expended by D&L for which it seeks

compensation, the approximate value of those services and the amount of fees previously received

by D&L:

3

| Name of Services | Hours | Value | Previous Hours | Fees Previously Received |
|---|---|---|---|---|
| 1. Case Administration | 6.40 hrs | $1,984.00 | N/A | N/A |
| 2. Creditors & Claims; | 10.50 hrs | $3,131.00 | N/A | N/A |
| 3. Discovery & Investigation | 37.20 hrs | $11,408.00 | N/A | N/A |
| 4. Sale of Property | 26.00 hrs | $8,060.00 | N/A | N/A |
| 5. Fee Petitions | 1.00 hrs | $310.00 | N/A | N/A |
| 6. Glenview State Bank[3] | 16.79 hrs | $5,096.00 | 21.71 hrs | $6,591.00 |
| 7. Closing of Case | 5.00 hrs | $1,550.00 | N/A | N/A |
| **TOTAL** | **102.89 hrs** | **31,539.00** | **21.71 hrs** | **$6,591.00** |

7.    The following is a factual summary of the services provided and in certain cases the results achieved from on or about September 29, 2008, through the anticipated closing of this case:

(a)    **Case Administration:** D&L expended 6.40 hours of time related to this category. The work in this category includes, but is not limited to, preparing and appearing on motions to retain counsel and accountant; obtaining and providing tax information to the Estate's accountant, and corresponding with the Trustee, his paralegal, and the Debtor's counsel, about the status of this case. Detailed time entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b)    **Creditors and Claims:** D&L expended 10.50 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing claims filed on ECF; corresponding with Trustee and his paralegal, conferring with Debtor's counsel about which priority

---

[3]D&L has received compensation of approximately $6,591.00 related to this category of work. Such fees were allowed pursuant to this court's order dated July 16, 2009, as fees allowable pursuant to 11 U.S.C. §506(c). D&L has backed out said $6,591.00 from the $31,539.00 in services reflected in the total hereinabove.

claims, if any, are valid; requesting and negotiating the amendment of several alleged priority claims

to general unsecured claims, and negotiating the amendment of Natalie Nilion's claim to a general

unsecured claim. Detailed time entries related to the compensation sought for Creditors and Claims

are contained in Exhibit **B**.

(c)    **Discovery and Investigation:** D&L expended 37.20 hours of time related to this

category of work. The work in this category includes, but is not limited to, corresponding with the

Trustee regarding inquiries to pursue at the 341 meeting(s); preparing for and attending the 341

meeting on November 4, 2008; meeting with the Trustee and the counsel for the Debtor thereafter;

inquiring into the United Kingdom liquidation; research related to vehicle lien perfection and

determining that the Estate had an unencumbered interest in certain vehicles; research related to

other allegedly secured creditor issues and other potential assets in the Estate; corresponding with

the Trustee and his paralegal regarding potential assets; reviewing the surrender agreement related

to Eniltra; corresponding with the UK administrator and ultimately determining that the Estate did

not have a likelihood of recoveries therefrom; reviewing the Accord Financial interpleader action

and also determining that the Estate did not have a right to any recoveries related thereto; reviewing

of Glenview State Bank matters initially; reviewing file and making inquires to Rusty Long, counsel

for Eniltra; becoming involved in the dispute between Debtor and Eniltra related to tax records,

1099s, person items, creditor information, and the production of documentation of related to certain

payments to insiders and reviewing information from Debtor's counsel related to transfers to insiders

and determining that there was no real exposure. Detailed time entries related to the compensation

sought for Discovery and Investigations are contained in Exhibit **B**.

(d)    **Sale of Property:** D&L expended 26.00 hours of time related to this category of

work. The work in this category includes, but is not limited to, reviewing the file and corresponding with Debtor's counsel related to vehicles owned by the Estate; negotiating with Debtor's counsel related to an offer to purchase two vehicles from the Estate; working out draft bid procedures; appearing successfully on a motion to sell which yeilded $26,100.00 to the Estate; conferring at length with Jack Murray and/or counsel for Eniltra related to issues concerning the vehicles and negotiating a supplemental order related to the 1997 or 1998 BMW held by Jack Murray; negotiating with Eniltra to moot their potential objections to sale of the vehicles; reviewing and following up related to information supplied by Jack Murray related to a certain 2003 BMW which was determined not to be an asset of the Estate; negotiating and obtaining the release of vehicle titles from Eniltra to enable the closing on the sale of the vehicles and follow up with Trustee's paralegal related to same.  Detailed time entries related to the compensation sought for Sale of Property are contained in Exhibit **B**.

(e)    **Fee Petitions:** D&L expended 1.00 hours of time related to this category of work. The work in this category includes, but is not limited to, the preliminary work on this fee petition. Further work hereon is referenced under the category of Closing of Case. Detailed time entries related to the compensation sought for Fee Petitions are contained in Exhibit **B**.

(f)    **Glenview State Bank:** D&L expended 38.50 hours of time related to this category of work. Pursuant to this court's order dated July 16, 2009, Eniltra agreed that $6,591.00 could be disbursed to D&L pursuant to 11 U.S.C. § 506(c).    Accordingly, D&L has already been compensated for  approximately 21.71 hours of time.  Said 506(c) fees relate to the recoveries referenced in paragraph 5(B) and (C) above. The Estate on or about February 23, 2009, recovered an additional $13,195.48 from GSB out of which D&L requests the payment of an additional

6

$5,096.00. The work in this category includes, but it is not limited to, investigating the funds which

GSB setoff; requesting and obtaining the initial return of approximately $36,600.00; requesting and

obtaining the return of approximately additional $13,200.00; reviewing and responding to position

memorandum from Eniltra regarding same; reviewing and responding to adversary complaint filed

by Eniltra regarding same; negotiating a compromise of the adversary proceeding filed by Eniltra

and preparing and appearing on motions related thereto.  Detailed time entries related to the

compensation sought for Glenview State Bank are contained in Exhibit **B**.  Given that $6,591.00 in

506(c) compensation has been received and only additional $5,096.00 is sought.

(g)    **Closing of Case:** D&L has partially expended and anticipates expending at least 5.0

hours of time related to this category of work.  The work in this category involves and is anticipated

to primarily involve the following:   1) preparation and presentation of fee applications; 2)

discussions with the Trustee and parties in interest related to the closing of this case, and 3)

appearances in court related to the closing of this case[4].  Detailed time entries related to the

compensation sought for Closing of Case are contained in Exhibit **B**.

8.    All of the services referred to hereinabove were reasonably necessary to be performed

in order that:

(a)    The interest of the estate and its creditors be adequately represented and defended;

and

(b)    To maximize the recovery to this estate and its creditors.

## IV. COMPUTATION OF COMPENSATION

9.    The services performed from September 29, 2008, with the exception of the

---

[4] D&L has as of September 30, 2012 in fact expended over 19.30 (24.30 minus 5.00)
hours of time related to this category of work, including additional work on fee petitions.

$6,592.00 in 11 U.S.C. 506(c) fees already paid, through the anticipated closing of this case, required and are anticipated to require a total time expenditure of over 102.89 hours on the part of the principals, associates and legal assistants of D&L. The services which D&L is seeking compensation are set forth with particularity at Exhibit **B**. Based on the nature, the extent and value the services for which D&L is seeking compensation, the time spent on such services and cost of comparable services other than those in the case under this title, such services have a value of at least $31,539.00, however D&L has agreed to limit its additional compensation request to $20,000.00.[5]

## V. EXPENSES

10.      In addition, D&L incurred certain reasonable necessary additional expenses during its representation of the Trustee in the amount of $180.86 ($100.20 for copying at $0.10 per page and $80.66 for postage. A file set up fee of $25.00 has been written off). Moreover, as an additional overview for the court, D&L provides the following information respecting the method it uses to record and charge various types of expenses:

(a)      **Telecopier Transmittals**: D&L does not charge for telecopier transmittals unless they are extraordinary.

(b)      **Delivery Services:** Any persons wishing to engage either local messenger or overnight services must fill out a delivery service slip, which requires the inclusion of client and matter numbers.  These slips are then sent to the D&L accounting department, where the data is entered by client and matter number into the D&L computer.  D&L's delivery charges are for actual out-of-pocket expenses only.

---

[5]See Footnote 1.

(c)    **Photocopying**: Photocopying may be accomplished in one of two ways at D&L. There are photocopying machines, controlled by computer key pads on every floor. Small copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client and matter number to which the job must be charged. Very large copying jobs are usually sent to an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying. D&L has written down that charge to 0.10¢ per page herein.

(d)    **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

### VI. CERTIFICATION

11.    D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

### VII. SERVICE

12.    This matter will be noticed for hearing along with the final report.

**WHEREFORE,** D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

(a)    Granting a final allowance of D&L respecting services first requested in this Application in the additional amount of $20,000.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $180.86 (collectively, the "Allowance"). See Footnote 1.

(b)    Authorizing and directing the Trustee to pay the Allowance; and

(c)    Granting such other and further relief as this Court deems just and equitable.

9

Dated: October 1, 2012

Respectfully Submitted,
DiMonte & Lizak, LLC

By: /s/ Ira P. Goldberg
Ira P. Goldberg, One of its agents

Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

10

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Art Line, Inc. | ) | |
| | ) | Case No. 08-24841 |
| | ) | |
| Debtor. | ) | |

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

1.  Name of Applicant:                         DiMonte & Lizak, LLC

2.  Role of Applicant:                          Counsel for Trustee

3.  Name of Certifying
    Professional:                               Ira P. Goldberg

4.  Name of Person/Entity
    Reviewing Petition:                         Richard J. Mason, Trustee

5.  Result of Petition Review:          __X__ Approved ____ Disapproved

6.  Explanation of Disapproval:          Not Applicable

7.  Is Compensation Being
    Sought Pursuant to
    11 U.S.C. § 503(b)?                       ____ Yes _X_ No

8.  Terms of Employment                   Hourly rates/ 11 U.S.C. § 330, et seq.
                                          As per court order.

9.  Promised Payment:                       N/A

10. Source(s) of Compensation:          Monetary recoveries of the Estate.

11. Terms of Any Retainer:                 N/A

12. Applicable caps
    on compensation or
    other charges:                          N/A

                                                        **EXHIBIT A**

13. Is compensation being
sought less than 120 days
after the order for relief:                    ___Yes _X_ No

14. Date and terms of order,
if any, allowing shortened
interval for fee petitions:                    N/A

15. Date of Fee Application:                    At final meeting

16. Dates of Services
Reimbursement Sought:                          September 29, 2008 through
                                               and including the closing of this case

17. Total Gross Amount of
Requested Professional
Fees (from Exhibit B)                          $20,000.00

18. Remaining Non-Awarded
Fee Retainer Received                          N/A

19. Remaining Non-Awarded
Professional Fee Payments
From Other Sources                             N/A

20. TOTAL "NET" AMOUNT
OF REQUESTED
PROFESSIONAL FEE                               $20,000.00

21. Total Gross Amount of Requested
Reimbursement of Disbursements
and Expenses (from Exhibit C)                  $20,000.00

22. Remaining Non-Awarded
Cost Retainer Received                         $ N/A

23. Remaining Non-Awarded
Other Cost Payments                            $ N/A

24. TOTAL "NET" AMOUNT
OF REQUESTED
DISBURSEMENT                                   $180.86

25.   TOTAL NET REQUESTED
      AWARD (FEES & COSTS
      FOR  FEE APPLICATION)          $20,180.86[1]

## CASE INFORMATION

1.    Date Case Filed:                           September 19, 2008

2.    Date of Order Approving                    November 13, 2008 (Effective
      Professional Employment:                   September 29, 2008)

3.    Date Services Commenced:                   On or about September 29, 2008

4.    Date(s) and Source(s) of
      Retainer:                                  N/A

5.    Total Amount of Fee
      Retainer Received:                         N/A

6.    Total Amount of Cost
      Retainer Received:                         N/A

7.    Date of Disclosure of
      Compensation (FRBP 2016):                  N/A

8.    Date Plan Filed:                           N/A

9.    Date Disclosure Statement
      Filed:                                     N/A

10.   Expected Date of Plan Filing:              N/A

11.   Expected Date of Disclosure
      Statement Filing:                          N/A

12.   Have All Quarterly Fees
      Been Paid to the
      United States Trustee?:                    N/A
      Explanation:

13.   Have all monthly operating

_____

[1]See Footnote 1.

|  |  |  |  |
|---|---|---|---|
| | reports been filed?: Explanation: | | N/A |
| 14. | Cash on Hand | | Approx. $37,800.00 |
| 15. | Unencumbered Funds on Hand | | Approx. $37,800.00 |
| 16. | Accrued Administrative Expenses | | $ Unknown |
| | a. | Attorney Fees and Expenses: | $ Unknown - Fee Applications Pending |
| | b. | DIP Obligations: | $ NONE |
| | c. | Accountants Fees and Expenses | $ Undetermined |
| | d. | Requested Chapter 7 Trustee Fee | $ Undetermined |
| | e. | Chapter 11 Trustee Fee | $ N/A |
| | f. | Other: | $ Total unknown |
| 17. | Total Prior Interim Professional Fees Awarded | | $ 6591.00 (506(c) Fees) |
| 18. | Total Prior Interim Expenses Awarded: | | $0.00 |
| 19. | Total Professional Fee Payments From Other Sources: | | $N/A |
| | (a) | (Date: _____; $_____) | |
| 20. | Total Cost Payments From Other Sources: | | $N/A |
| | (a) | (Date: _____; $_____) | |
| | (b) | (Date: _____; $_____) | |

# EXHIBIT A - SUMMARY SHEET

**In Re:**

|  |  |
|---|---|
| Art Line, Inc. | ) Chapter 7 |
|  | ) 08-24841 |
|  | ) |
|  | ) |
| Debtor. | ) Hon. Jacqueline P. Cox |
|  | ) Bankruptcy Judge |

| | |
|---|---|
| Fees Previously Requested | $ 6,591.00 |
| Fees Previously Awarded | $ 6,591.00 |
| Expenses Previously Requested | $-0- |
| Expenses Previously Awarded | $-0- |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

CURRENT APPLICATION:

| | |
|---|---|
| Fees Requested: | $ 20,000.00 |
| Expenses Requested: | $   180.86 |
| Total: | $ 20,180.86 |

## FEE APPLICATION

| NAMES OF PROFESSIONALS/ TOTAL APPLICATION PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | RATE | HOURS BILLED | CURRENT APPLICATION |
|---|---|---|---|---|
| Edyta Kania | N/A | $0.00 | 0.40 | $0.00 |

### ATTORNEYS

| | | | | |
|---|---|---|---|---|
| Ira P. Goldberg (Developmental Partner) | 1983 | $310.00 | 102.49 | $  31,539.00[1] |
| Total: | | | | $ 20,000.00 |

**TOTAL BLENDED HOURLY RATE:** $   194.38

---

[1]Limited to $20,000.00 and other discounts applied to the rate.

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice# 0
Client# ARTLI1          00001
Billing through  09/30/2012

---

## CASE ADMINISTRATION
## CHAPTER 7   08-24841

| | |
|---|---|
| Balance forward as of invoice dated   10/31/2008 | $868.00 |
| A/R adjustments made since last invoice | -$868.00 |
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

## PROFESSIONAL SERVICES

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/2008 | IPG | Initial work on draft retention motion, affidavit and order | 1.20  hrs. | 372.00 |
| 10/22/2008 | IPG | Reviewing and revising draft retention Motion and Affidavit | 0.60  hrs. | 186.00 |
| 11/04/2008 | IPG | Continued work on Motion to retain counsel, affidavit and draft order | 0.40  hrs. | 124.00 |
| 11/06/2008 | IPG | Final work on filing and service of retention of counsel Motion, Affidavit and order | 0.40  hrs. | 124.00 |
| 11/13/2008 | IPG | Follow up related to retention Motion-it should be EOD in the next few days unless someone appears today to object | 0.40  hrs. | 124.00 |
| 03/30/2009 | IPG | Correspond with the Trustee's clerk to inquire about the funds on hand | 0.10  hrs. | 31.00 |
| 04/08/2009 | IPG | Conferred with R. Mason about case status | 0.10  hrs. | 31.00 |
| 04/21/2009 | IPG | Correspond with R Rosenthal, debtor's counsel, about case status. | 0.20  hrs. | 62.00 |

EXHIBIT
*B*

ARTLI1        ART LINE INC                                    Invoice#   0                    Page 2

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/2009 | IPG | Correspond with Trustee regarding retention of an accountant(.10); drafted draft motion and order regarding same(.40); drafted instructions to D Becker related to same(.10) | 0.60 hrs. | 310.00 | 186.00 |
| 06/18/2009 | IPG | Continued work on retention motion for accountant and related order | 0.40 hrs. | 310.00 | 124.00 |
| 06/23/2009 | IPG | Confer with R Mason related to case status | 0.10 hrs. | 310.00 | 31.00 |
| 07/15/2009 | IPG | Correspond with proposed accountant related to receipts to date(.40); review file and forward vehicle tax return information and sale orders to B Steinberg the proposed accountant for the estate(.40) | 0.80 hrs. | 310.00 | 248.00 |
| 07/21/2009 | IPG | Confer with K McFarland and B Steinberg regarding work to be done to close the case | 0.20 hrs. | 310.00 | 62.00 |
| 07/23/2009 | IPG | Review Form 1 and Form 2 received from K McFarland, the Trustee's paralegal, and inquire about sending prior tax returns to the estate's accountant Barry Steinberg | 0.20 hrs. | 310.00 | 62.00 |
| 07/24/2009 | IPG | Correspond with K McFarland about obtaining last two tax returns for the estate's accountant, Barry Steinberg, so that he can begin doing the final tax work for the estate | 0.20 hrs. | 310.00 | 62.00 |
| 07/28/2009 | IPG | Follow up with B Steinberg and K McFarland about closing the case and tax information if any needed | 0.20 hrs. | 310.00 | 62.00 |
| 07/29/2009 | IPG | Returned call to R Rosenthal to discuss the Trustee's accountants request for the last two filed returns, the long awaited amended claim to unsecured by Nicole Nilon and other administrative matters | 0.10 hrs. | 310.00 | 31.00 |
| 08/06/2009 | IPG | Review correspondence from R Rosenthal related to last filed tax return(.10); correspond with B Steinberg, the estate's accountant, related to whether this will suffice for his purposes(.10) | 0.20 hrs. | 310.00 | 62.00 |

TOTAL PROFESSIONAL SERVICES          $1,984.00

Billing Summary
Total professional services                    $1,984.00
Total of new charges for this invoice         $1,984.00

ARTLI1      ART LINE INC                              Invoice#   0              Page  3

**Total balance now due**                    **$1,984.00**

      IPG                     6.40      310.00        $1,984.00

                       6.40                    $1,984.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#   ARTLI1      00002
Billing through  09/30/2012

**CREDITORS & CLAIMS**
**CHAPTER 7    08-24841**

Payments received since last invoice              $0.00

Balance brought forward                           $0.00

PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/2008 | IPG | Review and print numerous claims from ECF | 0.40 hrs. | 124.00 |
| 01/12/2009 | IPG | Confer with G Everett(.10); pulled Notice of Case Filing and Bar Date notice for same who claims his company is owed $170K(.30); drafted email to same forwarding notices to G Everett(.10) | 0.50 hrs. | 155.00 |
| 01/22/2009 | IPG | Reviewing ECF notice regarding Proof of Claim filed by LMN Sales | 0.20 hrs. | 62.00 |
| 01/28/2009 | IPG | Review correspondence from R Rosenthal related to two employee checks that were not honored | 0.10 hrs. | 31.00 |
| 03/03/2009 | IPG | Review Proof of Claim of Bow Plastics(.10) and Ana Maria Cabrera(.10) | 0.20 hrs. | 62.00 |
| 03/12/2009 | IPG | Initial review of McGinty proof of claim | 0.20 hrs. | 62.00 |
| 03/25/2009 | IPG | Initial review of claims 25 thru 33 | 0.70 hrs. | 217.00 |
| 04/22/2009 | IPG | Conferred with J Frank regarding potential late claim or motion to allow the claim as timely filed | 0.20 hrs. | 62.00 |
| 05/19/2009 | IPG | Review claims docket | 0.40 hrs. | 124.00 |
| 06/02/2009 | IPG | Reviewing claims docket on line(.40); reviewing 11 USC 507(B)(.20); corresponding with R Rosenthal | 1.00 hrs. | 310.00 |

ARTLI1      ART LINE INC                                    Invoice#   0                Page   2

|  |  |  | to have Steve Pahos advise who has valid employee priority claims(.40) |  |  |
|---|---|---|---|---|---|
| IPG | 06/05/2009 |  | | 0.80 | 0.80 | $310.00 | 248.00 |
| 06/05/2009 | IPG | Reviewing priority claims and correspondence from debtor's counsel concerning same(.40); drafting draft form letter to many parties that do not appear to have a valid priority claim(.40) | 0.80 hrs. | 248.00 |
| IPG | 06/08/2009 | | 0.80 | 0.80 | $310.00 | 248.00 |
| 06/08/2009 | IPG | Working on letters to seven separate entities that filed priority claims requesting the amendment thereof to unsecured claim and also revising draft amendment of claim forms to send with that letter | 0.80 hrs. | 248.00 |
| IPG | 06/09/2009 | | 0.40 | 0.40 | $310.00 | 124.00 |
| 06/09/2009 | IPG | Finalize seven letters to alleged priority claimants requesting their claims be amended to general unsecured claims | 0.40 hrs. | 124.00 |
| IPG | 06/16/2009 | | 0.50 | 0.50 | $310.00 | 155.00 |
| 06/16/2009 | IPG | Correspond with R Rosenthal regarding request to file unsecured claim amendment for Natalie Nilon and inquiries about Eniltra claim and requested stipulation regarding the unsecured portion thereof(.25); conferring with same and also discussing employee claim-Rebecca to advise if withholding was already taken(.25) | 0.50 hrs. | 155.00 |
| IPG | 06/23/2009 | | 0.40 | 0.40 | $310.00 | 124.00 |
| 06/23/2009 | IPG | Correspond with R Rosenthal related to requested claims amendment for N Bergson | 0.40 hrs. | 124.00 |
| EDK | 06/25/2009 | | 0.40 | 0.40 | $00.00 | 0.00 |
| 06/25/2009 | EDK | File Amendment to Claim #20 (.20) and Claim #27 (.20). No charge has been made for this time. | 0.40 hrs. | 0.00 |
| IPG | 06/25/2009 | | 0.40 | 0.40 | $310.00 | 124.00 |
| 06/25/2009 | IPG | Drafted updated letters to 3 parties requesting that they amend their claims from priority to general unsecured | 0.40 hrs. | 124.00 |
| IPG | 06/26/2009 | | 0.20 | 0.20 | $310.00 | 62.00 |
| 06/26/2009 | IPG | Reviewing message from R Rosenthal advising it is likely Nicole Nilon will amend her claim to a general unsecured claim(.10); correspond with R Rosenthal regarding anticipated claim amendment(.10) | 0.20 hrs. | 62.00 |
| IPG | 07/13/2009 | | 1.70 | 1.70 | $310.00 | 527.00 |
| 07/13/2009 | IPG | Reviewing file and claims docket related to 7 claim for which I requested amendments, four which are currently filed(1.00); review email from McGinty supporting priority portion of its claim as an assignment of rights under a customs claim 507(a)(8) (.20); follow up with D Becker regarding other claims for which it appears that they have provided amendments(.40); drafted email to R Rosenthal requesting amendment by Nicole | 1.70 hrs. | 527.00 |

ARTLI1        ART LINE INC                                    Invoice#    0                    Page    3

Nilon(.10)

| | | | | | |
|---|---|---|---|---|---|
| IPG | 07/15/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/15/2009 | IPG | Confer with R Rosenthal who will try to provide amended claim within the next few weeks for Nicole Nilon and who has no objection to the orders being sought on the compromise or to retain accountant | 0.20 hrs. | | 62.00 |
| IPG | 08/17/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/17/2009 | IPG | Reviewing prior emails to debtor's counsel related to claim on N Nilon(.10); Corresponding with Debtor's counsel related to Nilon anticipated claims amendment(.10) | 0.20 hrs. | | 62.00 |
| IPG | 08/24/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/24/2009 | IPG | Returned call to D Sherwin of Anwin Products and discussed bad check and the fact that they might not even receive a nominal amount even if there was a timely claim that had been filed; he will contact his counsel about alternative remedies related to the check | 0.20 hrs. | | 62.00 |
| IPG | 10/06/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/06/2009 | IPG | Reviewing correspondence from Rebecca Rosenthal regarding amendment of Nilon claim to unsecured | 0.20 hrs. | | 62.00 |
| IPG | 10/13/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 10/13/2009 | IPG | Confer with Mike Crutcher at NCC Sales and advised him not to expect a distribution from this case | 0.20 hrs. | | 62.00 |

TOTAL PROFESSIONAL SERVICES                    $3,131.00

Billing Summary
Total professional services                    $3,131.00
Total of new charges for this invoice          $3,131.00


**Total balance now due**                      **$3,131.00**


| | | | |
|---|---|---|---|
| EDK | 0.40 | 0.00 | $0.00 |
| IPG | 10.10 | 310.00 | $3,131.00 |
| | 10.50 | | $3,131.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#   ARTLI1      00003
Billing through  09/30/2012

---

## GENERAL DISCOVERY & INVESTIGATION
## CHAPTER 7    08-24841

| | |
|---|---|
| Balance forward as of invoice dated   10/31/2008 | $589.00 |
| A/R adjustments made since last invoice | -$589.00 |
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| IPG | 09/29/2008 | | 0.80   0.80 | 310.00   248.00 |
| 09/29/2008 | IPG | Review correspondence from R Mason(.10); correspond further with same about potential new matter(.10); reviewing file on line(.40); and follow up related to initial investigations into whether or not to represent the Trustee(.20) | 0.80  hrs. | 248.00 |
| IPG | 10/01/2008 | | 0.40   0.40 | 310.00   124.00 |
| 10/01/2008 | IPG | Continued review of matter regarding potential assets | 0.40  hrs. | 124.00 |
| IPG | 10/16/2008 | | 1.00   1.00 | 310.00   310.00 |
| 10/16/2008 | IPG | Review schedules, statements of financial affairs and related filings | 1.00  hrs. | 310.00 |
| IPG | 10/29/2008 | | 1.50   1.50 | 310.00   465.00 |
| 10/29/2008 | IPG | Reviewing file(1.00) and drafted potential inquiries for the trustee to look into at  the 341 meeting(.50) | 1.50  hrs. | 465.00 |
| IPG | 11/04/2008 | | 2.70   2.70 | 310.00   837.00 |
| 11/04/2008 | IPG | Preparing for 341 meeting(1.20); confer with K McFarland paralegal for the Trustee prior to attending 341 meeting(.20); attending 341 meeting(1.00); confer with R Mason after same(.20); confer with H Adelman and others after same(.10) | 2.70  hrs. | 837.00 |
| IPG | 11/06/2008 | | 0.80   0.80 | 310.00   248.00 |
| 11/06/2008 | IPG | Correspond with Trustee's paralegal about asset inquiries regarding UK and other matters(.20); review letter related to UK Liquidation(nc); | 0.80  hrs. | 248.00 |

ARTLI1        ART LINE INC                                    Invoice#   0              Page  2

research on Florida Vehicle Lien Perfection(.50);
correspond with H Adelman and M Ralph
regarding same(.10)

| IPG | 11/07/2008 | | 3.20 | 3.20 | 310.00 | 992.00 |
|-----|------------|-|------|------|--------|--------|
| 11/07/2008 | IPG | Research related to perfection of Security Interest in stock(1.50); correspond with counsel for Debtor regarding same, vehicles and other matters(.40); correspond with Trustee regarding same(.40); correspond with M Ralph counsel for Eniltra regarding stock, vehicles and whether they will be tendering an offer for any such assets(.40); Confer with H Adelman regarding requested information(.20); correspond with R Mason regarding conversation with H Adelman(.30) | 3.20 hrs. | | | 992.00 |

| IPG | 11/10/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
|-----|------------|-|------|------|--------|--------|
| 11/10/2008 | IPG | Correspond with Trustee regarding potential assets in the estate(.40); correspond with J Pollick regarding related UCC issue(.10) | 0.50 hrs. | | | 155.00 |

| IPG | 11/11/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
|-----|------------|-|------|------|--------|--------|
| 11/11/2008 | IPG | Follow up with K McFarland, paralegal for the Trustee, to request documentation supplied by the debtor(.10); correspond with J Pollick regarding perfection as to a loan receivable(.10) | 0.20 hrs. | | | 62.00 |

| IPG | 11/12/2008 | | 2.00 | 2.00 | 310.00 | 620.00 |
|-----|------------|-|------|------|--------|--------|
| 11/12/2008 | IPG | Correspond with Trustee related to surrender agreement and UK administration of a related case(.50); began to review documents related to surrender agreement(.40); Review correspondence from(.20) and correspond with Ian Williamson, the UK administrator, to request documentation related to asserted positions of the Debtor and Eniltra regarding the UK debenture and other matters(.40); review correspondence from R Rosenthal, counsel for debtor, related to vehicles(.50) | 2.00 hrs. | | | 620.00 |

| IPG | 11/13/2008 | | 2.60 | 2.60 | 310.00 | 806.00 |
|-----|------------|-|------|------|--------|--------|
| 11/13/2008 | IPG | Continued review of file related to potential assets(1.50); correspond with Trustee regarding same and related issues(.60); correspond with Debtor's counsel regarding vehicles and requested documents(.20); correspond with M Ralph related to inquiries about collateral and other matters(.30) | 2.60 hrs. | | | 806.00 |

| IPG | 11/14/2008 | | 1.60 | 1.60 | 310.00 | 496.00 |
|-----|------------|-|------|------|--------|--------|
| 11/14/2008 | IPG | Continued review of file(1.50); review of email from UK administrator(.10) | 1.60 hrs. | | | 496.00 |

| IPG | 11/24/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
|-----|------------|-|------|------|--------|--------|
| 11/24/2008 | IPG | initial review of email from R Mason regarding Accord Financial and attached interpleader suit(.40) | 0.40 hrs. | | | 124.00 |

| IPG | 11/24/2008 | | 1.00 | 1.00 | 310.00 | 310.00 |
|-----|------------|-|------|------|--------|--------|
| 11/24/2008 | IPG | Confer with R Mason regarding status of case inclusive of Glenview Bank State Bank(.20); | 1.00 hrs. | | | 310.00 |

ARTLII        ART LINE INC                                    Invoice#    0              Page  3

reviewing file related to same(.40); Drafted email
M Ralph on behalf of Eniltra to request loan
documentation and evidence of perfection et
al(.40);

| | | | | | |
|---|---|---|---|---|---|
| IPG | 11/26/2008 | | .40 | .40 | 310.00 | 434.00 |
| 11/26/2008 | IPG | Review information forwarded to me from R Mason related to Accord Interpleader in South Carolina(.40); correspond with R Mason regarding same(.40); correspond with S.Sturges and C Ogiba regarding same and estate's interests, if any, therein(.40); confer with J Murray who advised he just began receiving emails forwarded from M Ralph and that he may be retaining substitute counsel Rusty Harden who would retain local counsel(.20) | 1.40 | hrs. | 434.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 11/26/2008 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 11/26/2008 | IPG | Reviewing file concerning(.20) and correspond with M Ralph regarding inquiries as to security interest and potential assets of the estate(.20); correspond with H Adelman and R Rosenthal related to vehicles and other matters(.20) | 0.60 | hrs. | 186.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 11/26/2008 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 11/26/2008 | IPG | Review email from R Mason enclosing letter from UK administrator(.20); Drafted email to UK administrator regarding status of the estate's investigations concerning its interest in the UK account receivable(.50) | 0.70 | hrs. | 217.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/01/2008 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 12/01/2008 | IPG | Review correspondence from Counsel for Accord Financial(.10); correspond with R Mason regarding same(.20) | 0.30 | hrs. | 93.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/02/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/02/2008 | IPG | Reviewing email from and correspond with C. Ogiba on behalf of Accord Financial to advise we can not accept service of the interpleader action(.40) | 0.40 | hrs. | 124.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/04/2008 | | 1.20 | 1.20 | 310.00 | 372.00 |
| 12/04/2008 | IPG | Reviewing file and drafted inquiry to Rusty Long counsel for Eniltra et al(.60); correspond further with R Long in response to my email(.40); correspond with R Mason regarding same(.20) | 1.20 | hrs. | 372.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/05/2008 | | 1.20 | 1.20 | 310.00 | 372.00 |
| 12/05/2008 | IPG | Review correspondence from(.60) and correspond with K Coburn regarding Accord, Eniltra, and the debenture(.60) | 1.20 | hrs. | 372.00 |

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/11/2008 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 12/11/2008 | IPG | Consult with R Mason regarding Eniltra and issues regarding the extent of its claimed interests(.40); confer with J Pollick and R Mason related to same(.20); correspond with H Adelman to inquire as to the Debtor's copyrights(.20) | 0.80 | hrs. | 248.00 |

ARTLI1        ART LINE INC                                    Invoice#    0                    Page   4

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/12/2008 | | 1.30 | 1.30 | 310.00 | 403.00 |
| 12/12/2008 | IPG | Review correspondence from S Pahos related to copyrights(.20) and correspond with J Pollick related to same(.10); allocated time conferring with R Long, counsel for Eniltra about issues related to copyrights, UK Receivable and whether Eniltra could be oversecured-which he doubts(.20); correspond with R Mason related to same(.40); correspond with R Long and Mr DeJong related to potential assets(.40) | 1.30 hrs. | | 403.00 |
| IPG | 12/20/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/20/2008 | IPG | Review email responding to questions incident to the 341 meeting | 0.20 hrs. | | 62.00 |
| IPG | 12/22/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/22/2008 | IPG | Review prior correspondence related to debenture(.10); drafted updated correspondence regarding same(.10) | 0.20 hrs. | | 62.00 |
| IPG | 01/07/2009 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 01/07/2009 | IPG | Reviewed correspondence from R Mason related to Fleming bankruptcy | 0.40 hrs. | | 124.00 |
| IPG | 01/18/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 01/18/2009 | IPG | Correspond with G Everett related to tooling et al | 0.20 hrs. | | 62.00 |
| IPG | 01/23/2009 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 01/23/2009 | IPG | Confer with R Rosenthal who will contact R Long to discuss obtaining access for taxes, 1099's, personal items, updated creditor information, and documentation on payments to insiders et al(.40) | 0.40 hrs. | | 124.00 |
| IPG | 02/11/2009 | | 0.30 | 0.30 | 310.00 | 93.00 |
| 02/11/2009 | IPG | Follow up with R Rosenthal regarding expected request to counsel for Eniltra for access to certain documents, inclusive of insider payment information, information necessary to do tax returns et al(.20); reviewing letter from R Rosenthal to R Long requesting access to certain records(.10) | 0.30 hrs. | | 93.00 |
| IPG | 04/06/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 04/06/2009 | IPG | Correspond with R Rosenthal regarding the requested documentation related to insider payments | 0.20 hrs. | | 62.00 |
| IPG | 05/11/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 05/11/2009 | IPG | Correspond with R Rosenthal related to documents the Debtor desires and also about the documents that related to all insider payments | 0.20 hrs. | | 62.00 |
| IPG | 05/13/2009 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 05/13/2009 | IPG | Follow up with R Rosenthal regarding information sought from J Murray at Eniltra(.20); follow up with R Long regarding same(.20) | 0.40 hrs. | | 124.00 |
| IPG | 05/20/2009 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 05/20/2009 | IPG | Follow up with R Long(.40) and R Rosenthal(.30) regarding tax information and insider transaction | 0.70 hrs. | | 217.00 |

ARTLI1      ART LINE INC                          Invoice#   0                Page   5

information

| | | | | | |
|---|---|---|---|---|---|
| IPG | 05/21/2009 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 05/21/2009 | IPG | Correspond with R Rosenthal(.40) and R Long(.40) regarding discovery issues | 0.80 | hrs. | 248.00 |
| IPG | 05/27/2009 | | 1.20 | | 310.00 | 372.00 |
| 05/27/2009 | IPG | Reviewing file(.40); left message for R Long on behalf of Eniltra(nc); confer with R Long related to same(.20); correspond with R Rosenthal regarding same(.40); confer with H Adelman and R Rosenthal regarding same(.20) | 1.20 | hrs. | 372.00 |
| IPG | 05/28/2009 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 05/28/2009 | IPG | Correspond with H Adelman regarding 1) will he set up a document inspection and 2) what documents he or the insiders have | 0.20 | hrs. | 62.00 |
| IPG | 05/30/2009 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 05/30/2009 | IPG | Continued correspondence with Jack Murray and R Long regarding potential for a document review related to a) insider transfers and b) documents the insiders desire for tax returns et al | 0.60 | hrs. | 186.00 |
| IPG | 05/31/2009 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 05/31/2009 | IPG | Continued correspondence with Jack Murray and R Long regarding potential for a document review related to a) insider transfers and b) documents the insiders desire for tax returns et al | 0.50 | hrs. | 155.00 |
| IPG | 06/01/2009 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 06/01/2009 | IPG | Correspond with R Rosenthal regarding insider issues and information desired from Eniltra(.30); correspond with J Murray and R Long related to same(.30) | 0.60 | hrs. | 186.00 |
| IPG | 06/02/2009 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 06/02/2009 | IPG | Correspond with R Rosenthal related to status of conversations with J Murray on access to documents and removal of insider personal items(.60); correspond with J Murray and R Long regarding same(.10) | 0.70 | hrs. | 217.00 |
| IPG | 06/03/2009 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/03/2009 | IPG | Review correspondence from R Rosenthal related to insider matters(.20); drafted responsive email to same(.40); conferring with same related to information desired(.20); conferring with R Long regarding same who will speak with J Murray to see if access to the documents, server and return of personal items can be accomplished(.20) | 1.00 | hrs. | 310.00 |
| IPG | 06/05/2009 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/05/2009 | IPG | Confer with R Rosenthal regarding insider transfers and apparent defenses-she will prepare detailed email related to same and also discussed document production issues(.40) | 0.40 | hrs. | 124.00 |
| IPG | 06/11/2009 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 06/11/2009 | IPG | Review email from R Rosenthal about insider | 0.60 | hrs. | 186.00 |

ARTLI1      ART LINE INC                                    Invoice#   0                Page  6

transfers and complete defense to almost
everything of value(.20); correspond with the
Trustee regarding same(.40)

| IPG | 06/15/2009 | | 0.40 | 0.40 | 310.00 | 124.00 |
|-----|-----------|---|------|------|--------|--------|
| 06/15/2009 | IPG | Correspond related to document matters | | 0.40 | hrs. | 124.00 |
| IPG | 06/16/2009 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 06/16/2009 | IPG | Review correspondence regarding debtor's requests to Eniltra | | 0.40 | hrs. | 0.00 |

### TOTAL PROFESSIONAL SERVICES                    $11,408.00

Billing Summary
Total professional services                        $11,408.00
Total of new charges for this invoice              $11,408.00


**Total balance now due**                          **$11,408.00**


|      | IPG | 37.20 | 306.67 | $11,408.00 |
|------|-----|-------|--------|------------|
|      |     | 37.20 |        | $11,408.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

| | |
|---|---|
| | Invoice#  0 |
| RICHARD J MASON, TRUSTEE | Client#  ARTLI1   00012 |
| ART LINE INC BANKRUPTCY | Billing through  09/30/2012 |
| MCGUIRE WOODS LP | |
| 77 W WACKER DR  STE 4100 | |
| CHICAGO, IL  60601 | |

**SALE OF PERSONAL PROPERTY**
**CHAPTER 7    08-24841**

ayments received since last invoice                $0.00

Balance brought forward                            $0.00

PROFESSIONAL SERVICES

| IPG | 12/05/2008 | | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|---|
| 12/05/2008 | IPG | Review file and correspond with H Adelman related to vehicles and Rusty Long | | 0.40 hrs. | | | 124.00 |
| **IPG** | **12/10/2008** | | | **3.70** | **3.70** | **310.00** | **1,147.00** |
| 12/10/2008 | IPG | Vehicles: review email from H Adelman regarding car offer(.20); review email from R Mason regarding same(.10); reviewing file concerning(.40) and correspond with H Adelman to make inquiries concerning the offer(.40); correspond with R Long for Enlitra regarding whether, among other things, his client would object to a sale at FMV of the two vehicles to Pahos(.20);review values on line(.50); continued correspondence with R Long related to vehicles(.50) and correspond with R Mason about same(.20); working on draft sale Motion and draft order(1.20) | | 3.70 hrs. | | | 1,147.00 |
| **IPG** | **12/11/2008** | | | **2.20** | **2.20** | **310.00** | **682.00** |
| 12/11/2008 | IPG | Vehicles: review correspondence from H Adelman(.20) and S Pahos(.40) with valuation information; Confer with R Mason regarding same and to obtain authority for sale and to obtain marching orders on 1998 BMW held by Jack Murray or related entities(.20); confer with H Adelman regarding Vehicles and concerns related thereto(.20); correspond with H Adelman regarding the vehicles(.40); continued work on draft sale Motion and Order related to the Vehicles(1.00) | | 2.20 hrs. | | | 682.00 |
| **IPG** | **12/12/2008** | | | **0.80** | **0.80** | **310.00** | **248.00** |
| 12/12/2008 | IPG | Vehicles: Continued work on draft sale motion and order(.40); review correspondence related to | | 0.80 hrs. | | | 248.00 |

ARTLI1        ART LINE INC                          Invoice#   0            Page  2

same(.20); confer with R Long, counsel for Enlitra,
related to vehicles(.20)

| IPG | 12/15/2008 | | 1.40 | 1.40 | 310.00 | 434.00 |
|-----|------------|--|------|------|--------|--------|
| 12/15/2008 | IPG | Vehicles: confer with R Long related to 2000 BMW and 2002 Lexus(.40); review email from R Long, counsel for Enlitra, related to cars and informal $16K bid for the Lexus(.10); correspond with H Adelman and R Mason related to same(.40); continued work on draft Motion and Order related to proposed vehicle sale(s) to reflect potential bidding scenario(.50) | 1.40  hrs. | | | 434.00 |
| IPG | 12/16/2008 | | 2.20 | 2.20 | 310.00 | 682.00 |
| 12/16/2008 | IPG | Continued work on draft sale Motion and Order(1.00); reviewing file(.40) and correspond with R Long regarding 2000 BMW issues and anticipated Motion to Sell Lexus and 2000 BMW et al(.40); correspond with H Adelman regarding potential Motion and sale Order provided they increase their offer(.40) | 2.20  hrs. | | | 682.00 |
| IPG | 12/18/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/18/2008 | IPG | Review email from R Rosenthal about cars(.10), correspond with same regarding draft motion with about a 5 percent bid protection(.10) | 0.20  hrs. | | | 62.00 |
| IPG | 12/19/2008 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/19/2008 | IPG | Correspond with R Rosenthal regarding discovery issues and vehicles(.20) | 0.20  hrs. | | | 62.00 |
| IPG | 12/20/2008 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 12/20/2008 | IPG | Review updated offer on vehicles(.10), correspond with R Rosenthal regarding same(.50) | 0.60  hrs. | | | 186.00 |
| IPG | 12/22/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/22/2008 | IPG | Follow up with R Rosenthal and review of correspondence from same | 0.40  hrs. | | | 124.00 |
| IPG | 12/23/2008 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 12/23/2008 | IPG | Confer with R Rosenthal about vehicles and other matters | 0.50  hrs. | | | 155.00 |
| IPG | 12/30/2008 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/30/2008 | IPG | Confer with R Rosenthal regarding the need for any suggested changes to the Motion and Order to Approve Sale and also that I needed a revised offer letter for Exhibit A | 0.40  hrs. | | | 124.00 |
| IPG | 01/05/2009 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 01/05/2009 | IPG | Follow up with R Rosenthal related to vehicle sale motion and draft order | 0.10  hrs. | | | 31.00 |
| IPG | 01/06/2009 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 01/06/2009 | IPG | Review correspondence from R Rosenthal(.20) and updating draft Motion related to vehicles(.50); drafted email to R Rosenthal regarding same and need for Exhibit A(.20); confer with R Rosenthal who will send exhibit A late night tonight(.10) | 1.00  hrs. | | | 310.00 |
| IPG | 01/07/2009 | | 1.10 | 1.10 | 310.00 | 341.00 |

ARTLI1      ART LINE INC                                    Invoice#   0              Page  3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/2009 | IPG | Drafted suggested revisions to offer letter(.40) and correspond with R Rosenthal regarding suggested comments to Revised Offer letter(.20); confer with assistant for R Rosenthal, Roni, to go thru the suggested changes(.10); readied motion to sell vehicles for filing(.40) | 1.10  hrs. | 341.00 |
| 01/08/2009 | IPG | Follow up related to vehicle sale motion | 0.40  hrs. | 124.00 |
| 01/08/2009 | IPG | Correspond with R Long related to vehicles and information requested on 12/4/08 and thereafter | 0.20  hrs. | 62.00 |
| 01/21/2009 | IPG | Reviewing file(.20) and correspond with R Long related to vehicle sale motion et al(.20); confer with R Long who advised that they would agree to the sale of the Lexus and BMW if we would allow them to keep the 1997-8 BMW and he will follow up with me regarding other matters including the 2003 BMW(.20) | 0.60  hrs. | 186.00 |
| 01/22/2009 | IPG | Working on draft proposed Agreed Order with Eniltra regarding allowing sale of 2 Vehicles with proceeds to estate and having the estate make no claim related to the transfer of the 1997 (or 1998) BMW to Eniltra(.60); review correspondence from R Long related to same(.10) and correspond with same(.10); correspond with R Rosenthal related to Vehicles(.10); Continued revisions to proposed agreed order(.40) and forwarded same to R Long to request his comments(.20) | 1.50  hrs. | 465.00 |
| 01/23/2009 | IPG | Follow up with R Long regarding proposed Agreed Order(.50); instruct D Becker to update proposed order and sent to R Long for execution(.30) | 0.80  hrs. | 248.00 |
| 01/26/2009 | IPG | Confer with R Rosenthal related to sale motion and other matters | 0.20  hrs. | 62.00 |
| 01/26/2009 | IPG | Received call from J Murray who advised that he had authority to talk to me directly and that he would forward the estate information on the 2003 BMW(.30); review email from same(.10) and responded to same as it regarded the 2003 BMW(.10); correspond with R Long(.40) and R Rosenthal related to Fixed Asset Report from May 2008 and whether there is another vehicle owned by the Debtor(.40) | 1.30  hrs. | 403.00 |
| 01/27/2009 | IPG | Follow up related to vehicle sale motion with counsel for Eniltra(.40) and counsel for Art Line(.20) | 0.60  hrs. | 186.00 |

ARTLII    ART LINE INC                                    Invoice#    0            Page  4

| 01/27/2009 | IPG | Extensive correspondence with R Long and J Murray related to 2003 BMW(.50); correspond with Debtor's counsel related to same(.50); two conversations with Debtor's counsel related to the assertion that this vehicle belongs to S Pahos(.40) | 1.40 hrs. | 434.00 |
|---|---|---|---|---|
| 01/28/2009 | IPG | Correspond regarding vehicles with R Long and J Murray(.40); review Federal Express package from J Murray with titles and Agreed Supplemental Order(.20); drafted email to R Rosenthal related to same(.20); reviewing and assembling documents for court tomorrow(.40); reconfer with R Rosenthal to verify check will be delivered in court(.20); correspond with K McFarland who will meet me in court to pick up the check(.10) | 1.50 hrs. | 465.00 |
| 01/29/2009 | IPG | Prepared for(.50) and appeared on Motion to sell Vehicles(.50); met with Kim McFarland, the Trustee's paralegal, H Adelman, R Rosenthal and S Pahos to close the transaction(.40); correspond with parties in interest related to same(.10); confer with R Mason regarding same(.20) | 1.70 hrs. | 527.00 |
| 01/30/2009 | IPG | Review entered orders on ECF related to vehicle sale(.10); review correspondence from K McFarland related to same(.10) | 0.20 hrs. | 62.00 |
| 05/18/2009 | IPG | Review correspondence from S Pahos related to duplicate title on the Lexus(.20); correspond with Steve Pahos contacting K McFarland regarding transfer of title to same(.20) | 0.40 hrs. | 124.00 |

TOTAL PROFESSIONAL SERVICES                         $8,060.00

Billing Summary
Total professional services                         $8,060.00
Total of new charges for this invoice               $8,060.00


**Total balance now due**                          **$8,060.00**


IPG                          26.00      310.00          $8,060.00

                             26.00                       $8,060.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#  ARTLI1    00015
Billing through  09/30/2012

**FEE PETITIONS**
**CHAPTER 7    08-24841**

Payments received since last invoice                     $0.00

Balance brought forward                                  $0.00

PROFESSIONAL SERVICES

| Date | | Description | Hours | | Rate | | Amount |
|------|-----|-------------|-------|-----|------|-----|--------|
| 08/17/2009 | IPG | Review all time entries in the case thru 8/17/09 | 1.00 | hrs. | | | 310.00 |

TOTAL PROFESSIONAL SERVICES                              $310.00

Billing Summary
Total professional services                     $310.00
Total of new charges for this invoice           $310.00

**Total balance now due**                       **$310.00**

| | | | |
|---|---|---|---|
| IPG | 1.00 | 310.00 | $310.00 |
| | 1.00 | | $310.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 14, 2009

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR  STE 4100
CHICAGO, IL  60601

Invoice#  60869
Client#  ARTLI1      00031
Billing through  08/14/2009

**GLENVIEW STATE BANK**
**CHAPTER 7    08-24841**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

Prepaid cash balance                        $6,591.00

PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/17/2008 | IPG | Reviewing file related to debtor's bank accounts(.20); drafted email to the Trustee regarding same(.20) | 0.40  hrs. | 124.00 |
| 12/05/2008 | IPG | Review letter from same(.20) and correspond with R Mason regarding turnover of $36K in funds(.40) | 0.60  hrs. | 186.00 |
| 12/12/2008 | IPG | Verified receipt of funds with K McFarland(.20); advise R Long of receipt of $36K(.10) | 0.30  hrs. | 93.00 |
| 01/23/2009 | IPG | Correspond with R Long related to Glenview State Bank(.20) | 0.20  hrs. | 62.00 |
| 01/26/2009 | IPG | Reviewing file(1.00); drafted email to R Long (Eniltra's counsel), R Rosenthal and H Adelman (debtor's counsel) regarding the status of my review of the matter(.50); drafted letter to Glenview State Bank regarding same(.40) | 1.90  hrs. | 589.00 |
| 01/27/2009 | IPG | Continued review of Glenview State Bank file(2.00); correspond with counsel for debtor regarding same(.50); drafted follow up letter to GSB(.40) | 2.90  hrs. | 899.00 |
| 01/28/2009 | IPG | Review file(.40); correspond with K McFarland trustee's paralegal and was advised about $36,500 is on hand(.20); correspond with R Mason related Glenview Matter(.20) | 0.80  hrs. | 248.00 |
| 02/02/2009 | IPG | Review correspondence from Glenview State Bank(.20); drafted follow up letter to same requesting return of additional monies(.40) | 0.60  hrs. | 186.00 |
| 02/05/2009 | IPG | Reviewing file(.40) and correspond with R Long regarding proposal with respect to the $36.6K on hand(.30); review response from same(.10); continued review of file regarding same to draft | 1.20  hrs. | 372.00 |

ARTLI1      ART LINE INC                                Invoice# 60869          Page 2

reply to R Long(.40)

| Date | | Description | Hours | | Amount |
|------|------|------|------|------|------|
| 02/06/2009 | IPG | Reviewing file(.40); reviewing correspondence from R Long(.10);correspond with R Rosenthal related to same(.10) | 0.60 | hrs. | 186.00 |
| 02/11/2009 | IPG | Conferred with R Long related to GSB issue(.20); reviewing file related to same(1.00); correspond with R Long related to same(.40) | 1.60 | hrs. | 496.00 |
| 02/12/2009 | IPG | Review correspondence from R Long(.20); research regarding same(.40); correspond further with R Long(.20) | 0.80 | hrs. | 248.00 |
| 02/17/2009 | IPG | Review correspondence from R Long related to GSB(.10) and correspond with same(.20) | 0.30 | hrs. | 93.00 |
| 02/19/2009 | IPG | Reviewing position memo from Eniltra regarding GSB account(.40); correspond with R Long in an attempt to resolve same(.40) | 0.80 | hrs. | 248.00 |
| 03/09/2009 | IPG | Initial review of adversary complaint and correspondence from R Long related to same | 0.60 | hrs. | 186.00 |
| 03/10/2009 | IPG | Reviewing complaint(.20); initial research related to 11 USC 725(.50) | 0.70 | hrs. | 217.00 |
| 03/11/2009 | IPG | Reviewing file and draft offer to R Long related to GSB funds | 1.00 | hrs. | 310.00 |
| 03/12/2009 | IPG | Initial work on answer to Eniltra's complaint related to the GSB funds | 1.00 | hrs. | 310.00 |
| 03/13/2009 | IPG | Corresponding with GSB regarding remittance of $13K to Trustee(.20); correspond with the Trustee regarding same(.20). | 0.40 | hrs. | 124.00 |
| 03/13/2009 | IPG | Correspond with R Long regarding the change in the GSB matter that may make a compromise more palatable | 0.20 | hrs. | 62.00 |
| 03/16/2009 | IPG | Drafted inquiry letter to Glenview State Bank related to sweep of account in July 2008, the disposition of any other funds of the Debtor and the balance and turnover of any funds on hand (.40); revising letter to Glenview State Bank(.40) | 0.80 | hrs. | 248.00 |
| 03/26/2009 | IPG | Review file and follow up with R Long counsel for Eniltra | 0.40 | hrs. | 124.00 |
| 03/27/2009 | IPG | Reviewing correspondence related to GBS matter(.40); confer with R Long regarding same(.30); correspond with K McFarland related to same(.10) | 0.80 | hrs. | 248.00 |
| 04/01/2009 | IPG | Correspond with K McFarland related to monies on hand(.20); correspond with R Long regarding potential to resolve matter and agreement to extend time to answer or otherwise plead thru 4/28(.40) | 0.60 | hrs. | 186.00 |
| 04/15/2009 | IPG | Reviewing file and correspond with R Long about potential settlement and documents requested on insider payments | 0.40 | hrs. | 124.00 |
| 04/16/2009 | IPG | Correspond with R Long related to adversary and potential to settle(.50); work on answer to complaint(.50); left lengthy message for R Long related to my thoughts and suggestions on the matter, inclusive of standing, 506(c), consent to utilize funds and need for documents in advance | 1.20 | hrs. | 372.00 |

ARTLI    ART LINE INC                                 Invoice#  60869       Page 3

| Date | | Description | Hours | | Amount |
|---|---|---|---|---|---|
| | | related to insider matters (nc)confer with same(.20) | | | |
| 04/20/2009 | IPG | Review and revise answer to complaint(1.00); confer with R Long regarding potential to compromise with certain records to be provided as a matter of good faith prior to any settlement(.20) | 1.20 | hrs. | 372.00 |
| 04/22/2009 | IPG | Finalizing answer and affirmative defenses | 0.60 | hrs. | 186.00 |
| 04/23/2009 | IPG | Final review of answer and prepare same for filing | 0.40 | hrs. | 124.00 |
| 04/27/2009 | IPG | Conferred with R Long and agreed to continue status for at least 21 days | 0.10 | hrs. | 31.00 |
| 04/29/2009 | IPG | Reviewing file and pulling documents for court tomorrow | 0.50 | hrs. | 155.00 |
| 04/30/2009 | IPG | Reviewing adversary and answer(.40); continued matter to 6-16(.20); follow up with R Long about same(.20) | 0.80 | hrs. | 248.00 |
| 05/11/2009 | IPG | Review email from J Murray(.10); correspond with R Long regarding same(.10) | 0.20 | hrs. | 62.00 |
| 05/19/2009 | IPG | Reviewing file(.40); Follow up with R Long and R Rosenthal about the suggested settlement of the adversary for $29K and Eniltra providing the return of third party goods and access to documents(.40);review email from J Murray(.10); drafted email to same and R Long regarding prospects to settle(.40) | 1.30 | hrs. | 403.00 |
| 05/22/2009 | IPG | Correspond with R Long and J Murray regarding potential to compromise(1.00); confer with J Murray who initiated the call and advised this direct contact is ok with Rusty Long(.40); correspond with R Rosenthal(.40) and R Long after same(.40)(much more time expended than billed on Adversary and document issues) | 2.20 | hrs. | 682.00 |
| 05/26/2009 | IPG | Correspond with R Long regarding status of adversary | 0.10 | hrs. | 31.00 |
| 05/29/2009 | IPG | Review correspondence from Jack Murray(.20); drafted responsive email to same about potential to settle and document issues(.40); correspond with H Adelman regarding same(.10) | 0.70 | hrs. | 217.00 |
| 06/15/2009 | IPG | Reviewing file(.40) and confer with R Long regarding potential settlement(.20); reviewed message from R Long verifying settlement subject to court approval with $30K being paid to Eniltra and the estate retaining the Fleming monies and the remainder of the GSB funds(roughly $19 to $20K)(no charge); correspond with R Long regarding same(.40); correspond with Trustee related to same(.40) | 1.40 | hrs. | 434.00 |
| 06/16/2009 | IPG | Correspond with R Long regarding the Trustee's concerns, the claim amount and proposed settlement | 0.40 | hrs. | 0.00 |
| 06/16/2009 | IPG | Work on initial draft of settlement motion and draft order | 1.00 | hrs. | 310.00 |
| 06/16/2009 | IPG | Obtain continuance of Adversary | 0.40 | hrs. | 0.00 |
| 06/17/2009 | IPG | Correspond with R Long(.40) and R Mason(.40) regarding potential settlement | 0.80 | hrs. | 248.00 |

ARTLI1      ART LINE INC                                    Invoice#  60869          Page  4

| | | | | |
|---|---|---|---|---|
| 06/22/2009 | IPG | Reviewing and revising draft Motion to Settle and Proposed Agreed Order(1.20); drafted email to R Long to urge acceptance of proposed pleadings(.40);confer with R Long regarding proposed motion and the capping of the claim issue(.20) | 1.80  hrs. | 558.00 |
| 06/23/2009 | IPG | Correspond with R Long related to proposed settlement-he is to sign the Agreed Order and email it back to me(.40); revising draft Agreed Order, Motion and Order to Dismiss adversary and ready same for filing and service(.50) | 0.90  hrs. | 279.00 |
| 06/24/2009 | IPG | Work related to Agreed Order and finalizing settlement motion and related pleadings | 0.20  hrs. | 62.00 |
| 06/25/2009 | IPG | Follow up with R Long to obtain  signed Agreed Order required with settlement order(.20); finalize Motion to Settle for service(.20) | 0.40  hrs. | 124.00 |
| 07/15/2009 | IPG | Initial preparation for hearing on Motion to Approve Settlement(.40) | 0.40  hrs. | 124.00 |
| 07/16/2009 | IPG | Prepared for(.50) and appeared on Motion to Authorize Settlement with Eniltra and to Retain Accountant(.50); drafted email to R Long counsel for Eniltra with copies to Trustee, Debtor's counsel and the estate's accountant regarding entry of three orders today(.40); drafted email to Trustee's paralegal related to cutting the checks(.10); correspond further with R Long related to $30K to be disbursed to Eniltra(.10) | 1.60  hrs. | 496.00 |

### TOTAL PROFESSIONAL SERVICES                                   $11,687.00

Billing Summary

| | | |
|---|---|---|
| Total professional services | $11,687.00 | |
| Total of new charges for this invoice | $11,687.00 | |
| Less prepaid cash applied to this invoice * | $6,591.00 | CR |

**Total balance now due**                       **$5,096.00**

| | | | |
|---|---|---|---|
| IPG | 38.50 | 303.56 | $11,687.00 |
| | 38.50 | | $11,687.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#   0
Client#   ARTLI1    00028
Billing through   09/30/2012

## CLOSING OF CASE
## CHAPTER 7    08-24841

Payments received since last invoice                         $0.00

Balance brought forward                                      $0.00

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 11/06/2009 | | 5.00 | 5.00 | 310.00 | 1,550.00 |
| 11/06/2009 | IPG | Anticipated time for 1) additional work related to the preparation and presentation of a first and final fee application; 2) discussions with the Trustee and parties in interest related to the closing of this case; and 3) appearance (s) related to the anticipated closing of this case. | 5.00 hrs. | | 1,550.00 |
| IPG | 11/06/2009 | | 1.00 | 1.00 | 310.00 | 0.00 |
| 11/06/2009 | IPG | Initial work on first and final fee application | 1.00 hrs. | | 0.00 |
| IPG | 11/11/2009 | | 1.40 | 1.40 | 310.00 | 0.00 |
| 11/11/2009 | IPG | Working on first and final fee application | 1.40 hrs. | | 0.00 |
| IPG | 11/12/2009 | | 1.00 | 1.00 | 310.00 | 0.00 |
| 11/12/2009 | IPG | Continued work on final fee application and related exhibits | 1.00 hrs. | | 0.00 |
| IPG | 11/13/2009 | | 1.00 | 1.00 | 310.00 | 0.00 |
| 11/13/2009 | IPG | Continued work on first and final fee application(.60); drafted cover letter to R Mason and K McFarland requesting that the procedures to close this case be initiated on their end and transmitting First and Final fee application to same and to the estate's accountant Barry Steinberg(.40) | 1.00 hrs. | | 0.00 |
| IPG | 11/16/2009 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 11/16/2009 | IPG | Follow up with K McFarland regarding beginning her work on the final report | 0.20 hrs. | | 0.00 |
| IPG | 11/17/2009 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 11/17/2009 | IPG | Correspond with K McFarland and Barry Steinberg, the estate's accountant regarding contact people to follow up with regarding prior years tax returns Barry may need to review in connection | 0.40 hrs. | | 0.00 |

ARTLII   ART LINE INC                                      Invoice#   0           Page  2

with final tax work in the case.

| IPG | 11/19/2009 | | 0.40 | 0.40 | 310.00 | 0.00 |
|---|---|---|---|---|---|---|
| 11/19/2009 | IPG | Correspond with R Rosenthal regarding information desired by B Steinberg and to request that he be allowed to contact the accountant directly | 0.40 | hrs. | | 0.00 |
| IPG | 11/30/2009 | | 0.50 | 0.50 | 310.00 | 0.00 |
| 11/30/2009 | IPG | Reviewing message from R Rosenthal related to tax information sought by B Steinberg(.10); preparing email to R Rosenthal and B Steinberg advising Rebecca Rosenthal to simply have the accountant retained by the principals call Barry Steinberg(.40) | 0.50 | hrs. | | 0.00 |
| IPG | 01/14/2010 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 01/14/2010 | IPG | Met with K McFarland about what is needed to begin the process of closing the case; she will follow up with the accountant Barry Steinberg | 0.10 | hrs. | | 0.00 |
| IPG | 01/26/2010 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 01/26/2010 | IPG | Follow up with B Steinberg regarding steps needed to close the case | 0.10 | hrs. | | 0.00 |
| IPG | 04/09/2010 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 04/09/2010 | IPG | Reviewing file and follow up with K McFarland and B Steinberg regarding final report | 0.40 | hrs. | | 0.00 |
| IPG | 05/11/2010 | | 0.20 | 0.20 | 310.00 | 0.00 |
| 05/11/2010 | IPG | Follow up with K McFarland about status of obtaining 2007 returns from the Debtor's accountant for the Trustee's accountant and proceeding to close the case | 0.20 | hrs. | | 0.00 |
| IPG | 07/14/2010 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 07/14/2010 | IPG | Conferring with K McFarland who is awaiting tax work from Dan Demario so that Barry Steinberg can do the final tax work for the estate | 0.10 | hrs. | | 0.00 |
| IPG | 09/21/2010 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 09/21/2010 | IPG | Follow up with K McFarland about expected receipt of insiders corporate returns by mid-October | 0.10 | hrs. | | 0.00 |
| IPG | 10/27/2010 | | 0.40 | 0.40 | 310.00 | 0.00 |
| 10/27/2010 | IPG | Reviewing file concerning status of Trustee's efforts(.20); Follow up with K McFarland about final tax work to be done and their efforts to close the case(.20) | 0.40 | hrs. | | 0.00 |
| IPG | 01/13/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 01/13/2011 | IPG | Correspond with K McFarland about where the Trustee is at in the process of trying to close this case | 0.10 | hrs. | | 0.00 |
| IPG | 02/14/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
| 02/14/2011 | IPG | Correspond with K McFarland about status of accounting information needed to proceed towards closing this case | 0.10 | hrs. | | 0.00 |

ARTLI1        ART LINE INC                              Invoice#   0              Page   3

| | | | | |
|---|---|---|---|---|
| IPG | 03/21/2011 | | 0.10  0.10  310.00 | 0.00 |
| 03/21/2011 | IPG | Correspond with K McFarland regarding the status of the Trustee's case closing efforts | 0.10  hrs. | 0.00 |
| IPG | 04/19/2011 | | 0.80  0.80  310.00 | 0.00 |
| 04/19/2011 | IPG | Conferring with R Mason and K McFarland about tax issue that is keeping the case open(.40); reviewing file and correspond with Debtor's counsel Rebecca Rosenthal about same(.40) | 0.80  hrs. | 0.00 |
| IPG | 04/26/2011 | | 0.10  0.10  310.00 | 0.00 |
| 04/26/2011 | IPG | Follow up with R Rosenthal about status of the subs returns and whether she can check with Debtor's principals regarding the status of filing and providing them to the estate's accountant | 0.10  hrs. | 0.00 |
| IPG | 05/19/2011 | | 0.20  0.20  310.00 | 0.00 |
| 05/19/2011 | IPG | Follow up with R Rosenthal regarding tax return | 0.20  hrs. | 0.00 |
| IPG | 05/20/2011 | | 0.20  0.20  310.00 | 0.00 |
| 05/20/2011 | IPG | Review correspondence from Debtor's counsel(.10) and follow up on same(.10) | 0.20  hrs. | 0.00 |
| IPG | 05/25/2011 | | 0.20  0.20  310.00 | 0.00 |
| 05/25/2011 | IPG | Review correspondence from R Rosenthal(.10) and follow up with same concerning anticipated completion and sharing of 2007 and 2008 returns being filed via the efforts of S Pahos et al(.10) | 0.20  hrs. | 0.00 |
| IPG | 05/31/2011 | | 0.10  0.10  310.00 | 0.00 |
| 05/31/2011 | IPG | Correspond with R Rosenthal regarding status of the anticipated tax returns that are expected to circulate | 0.10  hrs. | 0.00 |
| IPG | 06/06/2011 | | 0.10  0.10  310.00 | 0.00 |
| 06/06/2011 | IPG | Follow up with R Rosenthal regarding anticipated tax returns to be provided to Barry Steinberg et. al. | 0.10  hrs. | 0.00 |
| IPG | 06/09/2011 | | 0.20  0.20  310.00 | 0.00 |
| 06/09/2011 | IPG | Correspond with B Steinberg regarding his desire for signed returns(.10); correspond with R Rosenthal regarding same(.10) | 0.20  hrs. | 0.00 |
| IPG | 06/14/2011 | | 0.40  0.40  310.00 | 0.00 |
| 06/14/2011 | IPG | Follow up with R Rosenthal(.20); Barry Steinberg (.20)regarding final returns | 0.40  hrs. | 0.00 |
| IPG | 06/17/2011 | | 0.20  0.20  310.00 | 0.00 |
| 06/17/2011 | IPG | Reviewing file(.10); Follow up with K McFarland about proceeding towards closing the case(.10) | 0.20  hrs. | 0.00 |
| IPG | 07/29/2011 | | 0.10  0.10  310.00 | 0.00 |
| 07/29/2011 | IPG | Follow up with B Steinberg regarding status of his final work and first and final fees | 0.10  hrs. | 0.00 |
| IPG | 08/03/2011 | | 0.40  0.40  310.00 | 0.00 |
| 08/03/2011 | IPG | Follow up with H Goldenstein and provide contact information for Jack Murray and Mr Long | 0.40  hrs. | 0.00 |
| IPG | 08/11/2011 | | 0.20  0.20  310.00 | 0.00 |
| 08/11/2011 | IPG | Confer with R Mason regarding status of case and | 0.20  hrs. | 0.00 |

ARTLII       ART LINE INC                                    Invoice#   0              Page   4

tax return issues(.10); follow up with Henry
Goldenstein regarding same(.10)

| IPG | 08/15/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 08/15/2011 | IPG | Correspond with H Goldenstein the estate's accountant | | 0.20  hrs. | | 0.00 |

| IPG | 08/17/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 08/17/2011 | IPG | Review e-mail from H Goldenstein(.05); left message for same(.05); conferring with same regarding accounting issues and related delay in proceeding towards a final meeting in this case(.20); correspond with K McFarland to have her send over most recent Form 1 and Form 2's to H Goldenstein and myself(.10) | | 0.40  hrs. | | 0.00 |

| IPG | 09/16/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 09/16/2011 | IPG | Follow up with H Goldenstein about status of final tax work and to inquire if the insiders accountants have filed the anticipated amendment(s) | | 0.20  hrs. | | 0.00 |

| IPG | 09/22/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 09/22/2011 | IPG | Review e-mail from and follow up with H Goldenstein regarding issues concerning case closing, inclusive of the anticipated amended return to be filed by the insiders accountant | | 0.40  hrs. | | 0.00 |

| IPG | 10/13/2011 | | 0.20 | 0.20 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 10/13/2011 | IPG | Correspond with H Goldenstein regarding status of amended return and closing of case | | 0.20  hrs. | | 0.00 |

| IPG | 10/18/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 10/18/2011 | IPG | Correspond with H Goldenstein regarding status of return expected from insiders accountants | | 0.10  hrs. | | 0.00 |

| IPG | 11/01/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 11/01/2011 | IPG | Review correspondence from H Goldenstein, the estate's accountant regarding status of amended returns to be filed by insiders. These returns appear to be necessary for the estate's accountants to do their final work. | | 0.10  hrs. | | 0.00 |

| IPG | 11/10/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 11/10/2011 | IPG | Review correspondence from H Goldenstein regarding status of insiders preparing and filing their amended returns | | 0.10  hrs. | | 0.00 |

| IPG | 11/16/2011 | | 0.10 | 0.10 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 11/16/2011 | IPG | Correspond with H Goldenstein to request an update on the tax return situation, whereunder he awaits an amended return from the accountant for the insiders before completing the estate's final tax work | | 0.10  hrs. | | 0.00 |

| IPG | 12/02/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|
| 12/02/2011 | IPG | Confer with R Mason to advise that closing of the estate is in the hands of the accountants(ours awaits amended return by insiders accountants); follow up with H Goldenstein regarding same | | 0.40  hrs. | | 0.00 |

| IPG | 12/07/2011 | | 0.40 | 0.40 | 310.00 | 0.00 |
|-----|-----|-----|-----|-----|-----|-----|

| ARTLI1 | ART LINE INC | | Invoice# 0 | | Page 5 |

| | | | | | |
|---|---|---|---|---|---|
| 12/07/2011 | IPG | Follow up with H Goldenstein regarding his efforts to close the case, inclusive of his interface with the insiders accountants; follow up with K McFarland regarding same | 0.40 | hrs. | 0.00 |
| IPG | 12/08/2011 | | 0.20 | 0.20 | $10.00 | 0.00 |
| 12/08/2011 | IPG | Follow up with H Goldenstein regarding tax returns needed from the insiders accountant | 0.20 | hrs. | 0.00 |
| IPG | 12/12/2011 | | 0.20 | 0.20 | $10.00 | 0.00 |
| 12/12/2011 | IPG | Correspond with R Rosenthal about delays caused by her clients in closing this case and to request that they be remedied asap | 0.20 | hrs. | 0.00 |
| IPG | 12/16/2011 | | 0.10 | 0.10 | $10.00 | 0.00 |
| 12/16/2011 | IPG | Follow up with R Rosenthal, debtors counsel, regarding promised amended tax returns | 0.10 | hrs. | 0.00 |
| IPG | 12/19/2011 | | 0.10 | 0.10 | $10.00 | 0.00 |
| 12/19/2011 | IPG | Follow-up with Debtor's counsel about the promised tax return | 0.10 | hrs. | 0.00 |
| IPG | 12/21/2011 | | 0.20 | 0.20 | $10.00 | 0.00 |
| 12/21/2011 | IPG | Review e-mails from H Goldenstein(.10) the estate's accountant and Rosenthal, debtor's counsel(.10) regarding the status of Dan DiMario promised work on the amended returns | 0.20 | hrs. | 0.00 |
| IPG | 01/05/2012 | | 0.10 | 0.10 | $20.00 | 0.00 |
| 01/05/2012 | IPG | Correspond with R Rosenthal counsel for the Debtor about status of tax work being done by the insiders | 0.10 | hrs. | 0.00 |
| IPG | 01/12/2012 | | 0.10 | 0.10 | $20.00 | 0.00 |
| 01/12/2012 | IPG | Follow up with R Rosenthal regarding status of tax work by the insiders accountant, that requires completion prior to the estate's accountant's final work | 0.10 | hrs. | 0.00 |
| IPG | 02/06/2012 | | 0.10 | 0.10 | $20.00 | 0.00 |
| 02/06/2012 | IPG | Follow up with R Rosenthal, counsel for the debtor, regarding status on amended tax returns | 0.10 | hrs. | 0.00 |
| IPG | 02/09/2012 | | 0.30 | 0.30 | $20.00 | 0.00 |
| 02/09/2012 | IPG | Follow up with R Rosenthal regarding status of insider's accountant filing an amended return(.10); confer with R Rosenthal who apparently is not being paid and has been advised to do no more work on the file(.10); correspond with K McFarland and H Goldenstein regarding same(.10) | 0.30 | hrs. | 0.00 |
| IPG | 02/27/2012 | | 0.40 | 0.40 | $20.00 | 0.00 |
| 02/27/2012 | IPG | Review correspondence about the status of the Amended Tax returns that allegedly are being worked upon by an accountant for an insider | 0.40 | hrs. | 0.00 |
| IPG | 02/29/2012 | | 0.40 | 0.40 | $20.00 | 0.00 |
| 02/29/2012 | IPG | Confer with D DiMario who advises amended return is reviewed and will be filed shortly; correspond with H Goldenstein about same | 0.40 | hrs. | 0.00 |

ARTLII        ART LINE INC                                    Invoice#    0                Page  6

| IPG | 03/13/2012 | | 0.60 | 0.60 | 320.00 | 0.00 |
|---|---|---|---|---|---|---|
| 03/13/2012 | IPG | Review e-mail from S Pahos; follow-up with H Goldenstein regarding amended return for 2008 and also follow-up with K McFarland | | 0.60 hrs. | | 0.00 |
| IPG | 03/21/2012 | | 0.20 | 0.20 | 320.00 | 0.00 |
| 03/21/2012 | IPG | Follow up with Trustee(.10) and accountant(.10) regarding status of final returns and final report respectively | | 0.20 hrs. | | 0.00 |
| IPG | 05/14/2012 | | 0.10 | 0.10 | 320.00 | 0.00 |
| 05/14/2012 | IPG | Follow up with K McFarland and H Goldenstein about the status of the final tax work and the final report(.10); review correspondence from H Goldenstein regarding same | | 0.10 hrs. | | 0.00 |
| IPG | 05/17/2012 | | 0.20 | 0.20 | 320.00 | 0.00 |
| 05/17/2012 | IPG | Follow up with K McFarland and accountants for the estate about final work to proceed towards the Final Report | | 0.20 hrs. | | 0.00 |
| IPG | 07/10/2012 | | 0.20 | 0.20 | 320.00 | 0.00 |
| 07/10/2012 | IPG | Follow up with accountant for the estate, Henry Goldenstein regarding status of final returns and their final fee application to follow | | 0.20 hrs. | | 0.00 |
| IPG | 07/16/2012 | | 0.40 | 0.40 | 320.00 | 0.00 |
| 07/16/2012 | IPG | Correspond with Estate's accountant, Henry Goldenstein, regarding case closing and the fact that no further returns appear necessary and to inquire about the tax liabilities, if any, and the final work and fee application, if any, his office must do | | 0.40 hrs. | | 0.00 |
| IPG Bill at Zero Rate | 07/19/2012 | | 0.40 | 0.40 | 320.00 | 128.00 |
| 07/19/2012 | IPG | Confer with H Goldenstein, the estate's accountant, who verified that there is no need for additional returns since the recent amended ones are final and stated his firm's final fees would be submitted within a week (.20); correspond with K McFarland regarding same (.20) | | 0.40 hrs. | | 0.00 |
| IPG | 07/23/2012 | | 0.40 | 0.40 | 320.00 | 0.00 |
| 07/23/2012 | IPG | Follow up on closing of the case | | 0.40 hrs. | | 0.00 |
| IPG | 08/17/2012 | | 0.10 | 0.10 | 320.00 | 0.00 |
| 08/17/2012 | IPG | Correspond with H Goldenstein regarding final fee petition that his office as the estate's accountants need to tender before the final report can be started by the Trustee | | 0.10 hrs. | | 0.00 |
| IPG | 09/27/2012 | | 0.60 | 0.60 | 320.00 | 0.00 |
| 09/27/2012 | IPG | Drafted draft updates to Final Fee Application(.50); confer and correspond with K McFarland regarding same(.10)(more time expended than billed). | | 0.60 hrs. | | 0.00 |
| IPG | 09/28/2012 | | 0.50 | 0.50 | 320.00 | 0.00 |
| 09/28/2012 | IPG | Continued work on final fee application | | 0.50 hrs. | | 0.00 |

ARTLI1        ART LINE INC                                    Invoice#   0                    Page  7

TOTAL PROFESSIONAL SERVICES                                   $1,550.00

<u>Billing Summary</u>
Total professional services                        $1,550.00
Total of new charges for this invoice              $1,550.00

**Total balance now due**                          **$1,550.00**

        IPG                        24.30        63.79          $1,550.00

                                   24.30                       $1,550.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

September 30, 2012

RICHARD J MASON, TRUSTEE
ART LINE INC BANKRUPTCY
MCGUIRE WOODS LP
77 W WACKER DR   STE 4100
CHICAGO, IL  60601

Invoice#  0
Client#   ARTLI1      00029
Billing through   09/30/2012

**CASH ADVANCED**
**CHAPTER 7    08-24841**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

EXPENSES

| DU | 01/08/2009 | $136.00 |
|---|---|---|
| 01/08/2009 | DUPLICATION (680) | 68.00 |

| PO | 01/08/2009 | $6.68 |
|---|---|---|
| 01/08/2009 | POSTAGE (2) | 6.68 |

| PO | 01/08/2009 | $49.58 |
|---|---|---|
| 01/08/2009 | POSTAGE (37 @ 1.34) | 49.58 |

| DU | 06/15/2009 | $32.20 |
|---|---|---|
| 06/15/2009 | DUPLICATION (322) | 32.20 |

| PO | 06/25/2009 | $24.40 |
|---|---|---|
| 06/25/2009 | POSTAGE (20) | 24.40 |

                                                            $180.86

Billing Summary
Total expenses incurred                 $180.86
Total of new charges for this invoice   $180.86

**Total balance now due**               **$180.86**



                    0.00                        $0.00