UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ART LINE, INC.                              § Case No. 08-24841
                                                   §
                                                   §
Debtor(s)                                          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 19, 2008. The undersigned trustee was appointed on September 19, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       75,917.65

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                  30,000.00
   Administrative expenses                                  7,107.98
   Bank service fees                                        1,288.46
   Other payments to creditors                                  0.00
   Non-estate funds paid to 3rd Parties                         0.00
   Exemptions paid to the debtor                                0.00
   Other payments to the debtor                                 0.00

   Leaving a balance on hand of[1]              $       37,521.21

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/17/2009 and the deadline for filing governmental claims was 03/17/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,045.88. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,045.88, for a total compensation of $7,045.88.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2013          By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-24841  
**Case Name:** ART LINE, INC.  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 09/19/08 (f)  
**§341(a) Meeting Date:** 11/04/08  

**Period Ending:** 03/11/13  
**Claims Bar Date:** 03/17/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Glenview State Bank | 36,462.75 | 36,462.75 | | 49,593.28 | FA |
| 2 | Life Insurance Policy | Unknown | N/A | | 0.00 | FA |
| 3 | Stock and interests | Unknown | 0.00 | | 0.00 | FA |
| 4 | Account Receivables | Unknown | 0.00 | | 194.96 | FA |
| 5 | Patents/Copyrights (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Automobiles | 30,000.00 | 30,000.00 | | 26,100.00 | FA |
| 7 | Office equipment, furnishings, and supplies | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 8 | Machinery, fixtures, equipment, and supplies (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 9 | Inventory | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 29.41 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$68,962.75** | **$68,962.75** | | **$75,917.65** | **$0.00** |

RE PROP# 5    Unknown value  
RE PROP# 8    Unknown value  

**Major Activities Affecting Case Closing:**

    Major Activity Affecting Case Closing

    We are waiting for the Accountant Fee Application.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2011    **Current Projected Date Of Final Report (TFR):**    March 1, 2013  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ART LINE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*20-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*8337 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/08 | {1} | Glenview State Bank | Cashier's Check | 1129-000 | 36,397.80 | | 36,397.80 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 36,398.69 |
| 01/16/09 | {4} | Fleming Post Confirmation Trust | Third Cash Distribution | 1129-000 | 194.96 | | 36,593.65 |
| 01/30/09 | {6} | Steven J. Pahos | Proceeds from Vehicles | 1129-000 | 26,100.00 | | 62,693.65 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 62,695.13 |
| 02/23/09 | {1} | Glenview State Bank | Cashier Check | 1129-000 | 13,195.48 | | 75,890.61 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.33 | | 75,892.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 75,896.24 |
| 04/20/09 | 1001 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 29.49 | 75,866.75 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.09 | | 75,869.84 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.99 | | 75,872.83 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 75,876.13 |
| 07/22/09 | 1002 | Davis & Kuelthau | Settlement with Eniltra | 7100-000 | | 30,000.00 | 45,876.13 |
| 07/22/09 | 1003 | Di Monte & Lizak, LLC | Attorney for Trustee fees | 3210-000 | | 6,591.00 | 39,285.13 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 39,287.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 39,289.60 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 39,291.20 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 39,292.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 39,294.45 |
| 12/29/09 | | To Account #\*\*\*\*\*\*\*\*2066 | Transfer from MMA to DDA | 9999-000 | | 39,294.45 | 0.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 1.65 |
| 01/22/10 | | To Account #\*\*\*\*\*\*\*\*2066 | Transfer from MMA to Checking Account | 9999-000 | | 1.65 | 0.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 1.06 |
| 05/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 1.06 |
| 05/10/10 | | To Account #\*\*\*\*\*\*\*\*2066 | | 9999-000 | | 1.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 75,917.65 | 75,917.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 39,297.16 | |
| | | | **Subtotal** | | 75,917.65 | 36,620.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,917.65** | **$36,620.49** | |

{} Asset reference(s)

Printed: 03/11/2013 12:03 PM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| Case Name: | ART LINE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*20-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*8337 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/09 | | From Account #\*\*\*\*\*\*\*\*2065 | Transfer from MMA to DDA | 9999-000 | 39,294.45 | | 39,294.45 |
| 01/22/10 | | From Account #\*\*\*\*\*\*\*\*2065 | Transfer from MMA to Checking Account | 9999-000 | 1.65 | | 39,296.10 |
| 05/10/10 | | From Account #\*\*\*\*\*\*\*\*2065 | | 9999-000 | 1.06 | | 39,297.16 |
| 05/10/10 | 101 | Richard J. Mason, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/10/2010 FOR CASE #08-24841, Blanket Bond #016026455 | 2300-000 | | 33.76 | 39,263.40 |
| 06/03/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*2066 | Wire out to BNYM account 9200\*\*\*\*\*\*2066 | 9999-000 | -39,229.64 | | 33.76 |
| 07/16/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*2066 | Wire out to BNYM account 9200\*\*\*\*\*\*2066 | 9999-000 | -33.76 | | 0.00 |
| | | | ACCOUNT TOTALS | | 33.76 | 33.76 | $0.00 |
| | | | Less: Bank Transfers | | 33.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 33.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $33.76 | |

{} Asset reference(s)

Printed: 03/11/2013 12:03 PM    V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case Number:** | 08-24841 | |
| **Case Name:** | ART LINE, INC. | |
| **Taxpayer ID #:** | **-***8337 | |
| **Period Ending:** | 03/11/13 | |

| | |
|---|---|
| **Trustee:** | RICHARD J. MASON (330470) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******20-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| Case Name: | ART LINE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***8337 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | 9999-000 | 39,229.64 | | 39,229.64 |
| 07/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | 9999-000 | 33.76 | | 39,263.40 |
| 05/05/11 | 10102 | International Sureties, LTD | Bond # 016026455 | 2300-000 | | 29.55 | 39,233.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.12 | 39,174.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.81 | 39,096.92 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.70 | 39,011.22 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.16 | 38,931.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.10 | 38,845.96 |
| 02/09/12 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #08-24841 Voided on 02/09/12 | 2300-000 | | ! 432.43 | 38,413.53 |
| 02/09/12 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #08-24841 Voided: check issued on 02/09/12 | 2300-000 | | ! -432.43 | 38,845.96 |
| 02/09/12 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #08-24841, Bond #016026455 | 2300-000 | | 424.18 | 38,421.78 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.51 | 38,345.27 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.57 | 38,266.70 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.80 | 38,190.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.09 | 38,104.81 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.47 | 38,029.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.12 | 37,946.22 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.34 | 37,865.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.41 | 37,793.47 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.18 | 37,708.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.27 | 37,631.02 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 37,631.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 39,263.40 | 39,263.40 | $0.00 |
| | | | Less: Bank Transfers | | 39,263.40 | 37,631.02 | |
| | | | Subtotal | | 0.00 | 1,632.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,632.38 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 03/11/2013 12:03 PM     V.13.13

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ART LINE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****519766 - Checking Account |
| Taxpayer ID #: | **-***8337 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/11/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/11/2013 12:03 PM   V.13.13

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| Case Name: | ART LINE, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****519767 - Checking Account |
| Taxpayer ID #: | **-***8337 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/11/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,631.02 | | 37,631.02 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 50.37 | 37,580.65 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 59.44 | 37,521.21 |
| | | | ACCOUNT TOTALS | | 37,631.02 | 109.81 | $37,521.21 |
| | | | Less: Bank Transfers | | 37,631.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 109.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $109.81 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****20-65 | 75,917.65 | 36,620.49 | 0.00 |
| Checking # ***-*****20-66 | 0.00 | 33.76 | 0.00 |
| Checking # 9200-******20-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******20-66 | 0.00 | 1,632.38 | 0.00 |
| Checking # ****519766 | 0.00 | 0.00 | 0.00 |
| Checking # ****519767 | 0.00 | 109.81 | 37,521.21 |
| | $75,917.65 | $38,396.44 | $37,521.21 |

{} Asset reference(s)

Printed: 03/11/2013 12:03 PM    V.13.13

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-24841
Case Name: ART LINE, INC.
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 37,521.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,521.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 7,045.88 | 0.00 | 7,045.88 |
| Attorney for Trustee, Fees - DiMonte & Lizak, LLC | 26,591.00 | 6,591.00 | 20,000.00 |
| Attorney for Trustee, Expenses - DiMonte & Lizak, LLC | 180.86 | 0.00 | 180.86 |
| Accountant for Trustee, Fees - Abrams & Steinberg, P.C. | 1,668.75 | 0.00 | 1,668.75 |

Total to be paid for chapter 7 administration expenses: $ 28,895.49
Remaining balance: $ 8,625.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,625.72

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,527.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Ana Maria Cabrera | 1,792.93 | 0.00 | 1,792.93 |
| 24P | WILLIAM A MCGINTY CO | 2,734.44 | 0.00 | 2,734.44 |

Total to be paid for priority claims: $ 4,527.37
Remaining balance: $ 4,098.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,037,548.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FedEx Customer Information Service | 1,368.68 | 0.00 | 1.13 |
| 2 | ROADWAY EXPRESS | 1,688.38 | 0.00 | 1.38 |
| 3 | Roundup Funding, LLC | 2,226.00 | 0.00 | 1.82 |
| 4 | CROSSROADS MARKETING | 1,331.30 | 0.00 | 1.09 |
| 5 | R & L MAINTENANCE | 628.00 | 0.00 | 0.51 |
| 6 | WORD PROCESSING INDUSTRIES INC | 838.99 | 0.00 | 0.69 |
| 7 | CELLULAR CONCRETE LLC | 10,650.00 | 0.00 | 8.72 |
| 8 | BATAVIA CONTAINER, INC | 64,076.27 | 0.00 | 52.44 |
| 9 | NEAL & MCDEVITT | 4,416.18 | 0.00 | 3.61 |
| 10 -2 | DAN MEUCCI | 10,280.00 | 0.00 | 8.41 |
| 11 | DENNIS J DUEL & ASSOC | 3,855.00 | 0.00 | 3.16 |
| 12 | BELMARK | 4,188.77 | 0.00 | 3.43 |
| 13 | FASTENERS FOR RETAIL, INC. | 117.84 | 0.00 | 0.10 |
| 14 | LAFOX SCREW PRODUCTS, INC | 2,259.74 | 0.00 | 1.85 |
| 15 | LAB SAFETY SUPPLY, INC. | 226.45 | 0.00 | 0.19 |
| 16 -2 | LMN SALES | 7,860.03 | 0.00 | 6.43 |
| 17 | DUNWIDDIE CUSTOM PACKAGING | 226,676.26 | 0.00 | 185.52 |
| 18 | J. STEINER MARKETING | 74,182.20 | 0.00 | 60.71 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 -2 | KEENAN & ASSOCIATES | 32,382.94 | 0.00 | 26.50 |
| 20 -2 | PARADISE SALES & MARKETING, IN | 21,698.42 | 0.00 | 17.76 |
| 21 | BOW PLASTICS LTD | 35,303.29 | 0.00 | 28.89 |
| 23 | SELDEN FOX, LTD. | 3,220.00 | 0.00 | 2.64 |
| 24U | WILLIAM A MCGINTY CO | 47,767.09 | 0.00 | 39.09 |
| 25 | RICHARD D. MILHAM | 3,233.38 | 0.00 | 2.65 |
| 26 | Eniltra, LLC | 1,000,000.00 | 30,000.00 | 793.88 |
| 27 -2 | MCC SALES | 55,000.00 | 0.00 | 45.01 |
| 28 | Hogan Marren, ltd. | 2,115.96 | 0.00 | 1.73 |
| 29 | Steven J Pahos | 1,490,035.49 | 0.00 | 1,219.50 |
| 30 -2 | Natalie Bergstein Nilon | 1,836,339.00 | 0.00 | 1,502.92 |
| 31 | Robin Rash | 70,000.00 | 0.00 | 57.29 |
| 32 | LAUREN PAHOS | 19,139.25 | 0.00 | 15.66 |
| 33 -2 | MARLENE SINE & ASSOCIATES INC | 4,443.78 | 0.00 | 3.64 |

Total to be paid for timely general unsecured claims: $ 4,098.35
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 14,796.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34 -2 | Indiana Sugars, Inc. | 14,796.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

UST Form 101-7-TFR (05/1/2011)