UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | ART LINE, INC. | § | Case No. 08-24841 |
|---|---|---|---|
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 04/10/2013 in Courtroom 742, United States Courthouse Courthouse, 219 S Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/11/2013          By:   /s/ Richard J. Mason
                                       Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 750-3597

*Dividend Amounts of less than $5.00 will be paid to the Clerk of the U.S. Bankruptcy Court

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: ART LINE, INC.  § Case No. 08-24841
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 75,917.65 |
| and approved disbursements of | $ 38,396.44 |
| leaving a balance on hand of [1] | $ 37,521.21 |
| **Balance on hand:** | $ 37,521.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 37,521.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 7,045.88 | 0.00 | 7,045.88 |
| Attorney for Trustee, Fees - DiMonte & Lizak, LLC | 26,591.00 | 6,591.00 | 20,000.00 |
| Attorney for Trustee, Expenses - DiMonte & Lizak, LLC | 180.86 | 0.00 | 180.86 |
| Accountant for Trustee, Fees - Abrams & Steinberg, P.C. | 1,668.75 | 0.00 | 1,668.75 |

Total to be paid for chapter 7 administration expenses:  $ 28,895.49
Remaining balance:  $ 8,625.72

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $    8,625.72

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,527.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Ana Maria Cabrera | 1,792.93 | 0.00 | 1,792.93 |
| 24P | WILLIAM A MCGINTY CO | 2,734.44 | 0.00 | 2,734.44 |

Total to be paid for priority claims:   $    4,527.37
Remaining balance:   $    4,098.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,037,548.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FedEx Customer Information Service | 1,368.68 | 0.00 | 1.13 |
| 2 | ROADWAY EXPRESS | 1,688.38 | 0.00 | 1.38 |
| 3 | Roundup Funding, LLC | 2,226.00 | 0.00 | 1.82 |
| 4 | CROSSROADS MARKETING | 1,331.30 | 0.00 | 1.09 |
| 5 | R & L MAINTENANCE | 628.00 | 0.00 | 0.51 |
| 6 | WORD PROCESSING INDUSTRIES INC | 838.99 | 0.00 | 0.69 |
| 7 | CELLULAR CONCRETE LLC | 10,650.00 | 0.00 | 8.72 |
| 8 | BATAVIA CONTAINER, INC | 64,076.27 | 0.00 | 52.44 |
| 9 | NEAL & MCDEVITT | 4,416.18 | 0.00 | 3.61 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 10 -2 | DAN MEUCCI | 10,280.00 | 0.00 | 8.41 |
| 11 | DENNIS J DUEL & ASSOC | 3,855.00 | 0.00 | 3.16 |
| 12 | BELMARK | 4,188.77 | 0.00 | 3.43 |
| 13 | FASTENERS FOR RETAIL, INC. | 117.84 | 0.00 | 0.10 |
| 14 | LAFOX SCREW PRODUCTS, INC | 2,259.74 | 0.00 | 1.85 |
| 15 | LAB SAFETY SUPPLY, INC. | 226.45 | 0.00 | 0.19 |
| 16 -2 | LMN SALES | 7,860.03 | 0.00 | 6.43 |
| 17 | DUNWIDDIE CUSTOM PACKAGING | 226,676.26 | 0.00 | 185.52 |
| 18 | J. STEINER MARKETING | 74,182.20 | 0.00 | 60.71 |
| 19 -2 | KEENAN & ASSOCIATES | 32,382.54 | 0.00 | 26.50 |
| 20 -2 | PARADISE SALES & MARKETING, IN | 21,698.42 | 0.00 | 17.76 |
| 21 | BOW PLASTICS LTD | 35,303.29 | 0.00 | 28.89 |
| 23 | SELDEN FOX, LTD. | 3,220.00 | 0.00 | 2.64 |
| 24U | WILLIAM A MCGINTY CO | 47,767.09 | 0.00 | 39.09 |
| 25 | RICHARD D. MILHAM | 3,233.38 | 0.00 | 2.65 |
| 26 | Eniltra, LLC | 1,000,000.00 | 30,000.00 | 793.88 |
| 27 -2 | MCC SALES | 55,000.00 | 0.00 | 45.01 |
| 28 | Hogan Marren, ltd. | 2,115.96 | 0.00 | 1.73 |
| 29 | Steven J Pahos | 1,490,035.49 | 0.00 | 1,219.50 |
| 30 -2 | Natalie Bergstein Nilon | 1,836,339.00 | 0.00 | 1,502.92 |
| 31 | Robin Rash | 70,000.00 | 0.00 | 57.29 |
| 32 | LAUREN PAHOS | 19,139.25 | 0.00 | 15.66 |
| 33 -2 | MARLENE SINE & ASSOCIATES INC | 4,443.78 | 0.00 | 3.64 |

Total to be paid for timely general unsecured claims: $ 4,098.35
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 14,796.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 34 -2 | Indiana Sugars, Inc. | 14,796.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                              Case No. 08-24841-CAD
Art Line, Inc.                                                      Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 4      Date Rcvd: Mar 12, 2013
                              Form ID: pdf006              Total Noticed: 146


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2013.
db           +Art Line, Inc.,    6220 W. 73rd Street,    Bedford Park, IL 60638-6117
12623128     +ADAMS MANUFACTURING CORP.,    109 WEST PARK ROAD,    PORTERSVILLE, PA 16051-2209
12623129     +AERO MOLD & MFG CORP,    1300 NATIONAL AVE.,    ADDISON, IL 60101-3184
12623130     +ALL MODES TRANSIT,    P.O. BOX 8729,    PARK CITY, IL 60079-8729
12623131      ALLIANCE SHIPPERS,    P.O. BOX 827505,    PHILADELPHIA, PA 19182-7505
12623132      ARTLINE HONG KONG LIMITED,    UNITS A&B CAPITAL TRADE CENTRE,    62 TSUN YIP STREET,
               KWUN TONG,KOWLOON, HONG KONG
12623133     +AYMAN SULEIMAN,    7083 VIA CANDRJEO,    CARLSBAD, CA 92009-6609
13596083     +Ana Maria Cabrera,    2308 S 50th Ave,    Cicero, IL 60804-2453
12623134     +BATAVIA CONTAINER, INC,    Attn: Mark Copple,    1400 PARAMOUNT PARKWAY,    BATAVIA, IL 60510-1463
12623135     +BELMARK,    600 HERITAGE ROAD,    DE PERE, WI 54115-2444
12623137     +BEST PALLET SERVICE,    225 NORTH JUSTINE STREET,    CHICAGO,, IL 60607-1403
12623138      BLM SALES,    850 MARTIAL,    LAVAL, QUEBEC H7P 4V4
12623139     +BLUE CROSS AND BLUE SHIELD,    OF ILLINOIS,    300 EAST RANDOLPH STREEET,    CHICAGO, IL 60601-5099
12623140      BOW PLASTICS LTD,    5700 COTE DE LIESSE,    MONTREAL, QUEBEC H4T 1BI
12623141      BP AMOCO OIL CO,    P.O.BOX 70887,    CHARLOTTE, NC 28272-0887
12623143      BUILDINGSTARS,    11489 PAGE SERVICE DRIVE,    ST. LOUIS, MO 63146-3529
12623144     +BUSINESS & LEGAL REPORTS INC,    39 ACADEMY STREET,    MADISON, CT 06443-2646
12623146      CDW COMPUTER CENTERS, INC.,    P.O. BOX 75723,    CHICAGO,, IL 60675-5723
12623147     +CELLULAR CONCRETE LLC,    7020 Snowdrift Rd Suite 102,    Allentown, PA 18106-9274
12623148     +CFC WIRE FORMS,    1000 DOUGLAS RD,    BATAVIA, IL 60510-2278
12623150     +CHICAGO PALLET SERVICE, INC.,    1875 GREENLEAF AVE,    ELK GROVE VILLAGE, IL 60007-5501
12623151     +CHIZEK TRANSPORTATION INC.,    5004 CTH F,    NEWTON, WI 53063-9776
12623152      CHUBB GROUP OF INSURANCE CO,    P O BOX 7777-1630,    PHILADELPHIA, PA 19175-1630
12623153      CINGULAR WIRELESS,    PO BOX 6444,    CAROL STREAM, IL 60197-6444
12623154      CITGO,    P.O. BOX  29209,    MISSION, KS 66201-9209
12623156     +CONCORD FINANCIAL ADVISORS,    150 N MICHIGAN AVE,    SUITE 2700,    CHICAGO, IL 60601-7576
12623157     +CONTINENTAL SALES&SERVICE, INC,    7621 PURFOY ROAD,    FUQUAY VARINA, NC 27526-6985
12623158     +CONWAY CENTRAL EXPRESS,    5555 RUFE SNOW DRIVE,    SUITE 5515,    N.RICHLAND HILLS, TX 76180-6005
12623160     +CROSSROADS MARKETING,    ATTN:ARNIE THIERBACH,    2271 ALTA CANYON DRIVE,    SANDY, UT 84093-1761
12623161     +CROWN PACKAGING INTERNATIONAL,    8919 COLORADO STREET,    MERRILLVILLE, IN 46410-7208
12623162     +DAN MEUCCI,    MEUCCI & MACGREGOR ASSOCIATES,    113 COGGESHALL AVE.,    NEWPORT, RI 02840-4289
12623163     +DELTA DENTAL,    DELAWARE PLACE BANK DEPT#100,    190 EAST DELAWARE PLACE,    CHICAGO, IL 60611-1813
12623164     +DENNIS J DUEL & ASSOC,    1127 MAGNOLIA DRIVE,    MUNDELEIN, IL 60060-1022
12623165     +DIRECT FITNESS SOLUTIONS,    600 TOWER ROAD,    MUNDELEIN, IL 60060-3820
12623168     +DONNA WITTENBERG,    6216 W. NEWPORT,    CHICAGO, IL 60634-4143
12623169     +DUNWIDDIE CUSTOM PACKAGING,    6341 SO. TROY CIRCLE,    UNIT A,    CENTENNIAL, CO 80111-6483
12623171     +EMPIRE/EMCO,    4043 MAPLE ROAD,    AMHERST, NY 14226-1057
12623170     +EMPIRE/EMCO,    2430 NORTH FOREST ROAD,    SUITE 125,    GETZVILLE, NY 14068-1574
12623172     +ENSIGN EQUIPMENT, INC,    12523 SUPERIOR COURT,    HOLLAND, MI 49424-8287
12623173      ESTES EXPRESS LINES,    P O BOX 25612,    RICHMOND, VA 23260-5612
12623174     +ETHERTON ENTERPRISES,    2121 3 MILE ROAD NW,    GRAND RAPIDS, MI 49544-1451
13646017     +Eniltra, LLC,    c/o Attorney Russell S. Long,    111 E. Kilbourn Avenue, Suite 1400,
               Milwaukee, WI 53202-6677
12623176     +FAULTLESS FASTENERS INC,    P.O. BOX 919,    WAUKEGAN, IL 60079-0919
12623177     +FAY ELECRIC WIRE CORP.,    752 N. LARCH AVE.,    ELMHURST, IL 60126-1522
12623178      FEDERAL EXPRESS CORP,    P.O. BOX 94515,    PALATINE, IL 60094-4515
12623179      FEDEX EXPRESS,    PO BOX 1140,    MEMPHIS,, TN 38101-1140
12623180     +FEDEX FREIGHT EAST,    4103 COLLECTION CENTER DRIVE,    CHICAGO, IL 60693-0041
12623182     +FITZ AND FLOYD,    ATTN: CHIEF FINANCIAL OFFICER,    501 E. CORPORATE DRIVE,
               LEWISVILLE, TX 75057-6401
12623183     +FLAVORCHEM,    1525 BROOK DRIVE,    DOWNERS GROVE, IL 60515-1024
12623184      FOSTER'S INC,    1235 PETERS DRIVE,    P O BOX 2674,    WATERLOO, IA 50704-2674
12623185     +FRONTIER NORTHWEST,    623 S 227TH STREET,    DES MOINES, WA 98198-6827
12759916     +FedEx Customer Information Service,    Attn: Revenue Recovery/Bankruptcy,
               3965 Airways Blvd, Module G, 3rd Floor,    Memphis, TN 38116-5017
12623186     +G.D.S. INC,    40 SOUTH PARK,    CLEVELAND, OH 44136-9334
12623187     +GALAXY TECHNOLOGIES, INC.,    2990 TRIVERTON PIKE DRIVE,    MADISON, WI 53711-5808
12623188     +GEOLOGISTICS AMERICAS, INC.,    1121 N. WOOD DALE ROAD,    WOOD DALE, IL 60191-1059
12623190      GOOD GLORY ENTERPRISES LIMITED,    BLOCK B 1/F. CHEONG WAY FCTRY,    39-41 SHEUNG HEUNG ROAD,
               TO KWA WAN, KOWLOON, HONG KONG
12623191     +HAN-WIN PRODUCTS,    726 S. BROADWAY,    AURORA, IL 60505-5102
12623192      HINCKLEY SPRING WATER CO.,    6055 S. HARLEM,    CHICAGO, IL 60638-3985
12623194     +INDIANA SUGARS,    911 VIRGINIA STREET,    GARY, IN 46402-2705
12623195     +INNOVATIVE SALES & MARKETING,    BOB REILEY,    422 NARROWS POINTE DR.,
               GRASONVILLE, MD 21638-1287
12623196     +INNOVATIVE SALES & SERVICE CO,    BOB REILEY,    422 NARROES POINTE DR.,
               GRASONVILLE, MD 21638-1287
12623197     +INOVIS, INC.,    1277 LENOX PARK BLVD,    ATLANTA, GA 30319-6010
12623198     +INTERNET DEVELOPMENT COMPANY,    1615 W. ALGONQUIN,    MT. PROSPECT, IL 60056-5503
13869535     +Indiana Sugars, Inc.,    c/o Joseph D. Frank,    Frank/Gecker LLP,
               325 North LaSalle Street, Suite 625,    Chicago, Illinois 60654-6465
12623199     +J & J PRECISION EYELET, INC.,    116 WATERBURY ROAD,    THOMASTON, CT 06787-1829
12623200     +J. STEINER MARKETING,    3660 KENNEBEC RD,    EAGAN, MN 55122-1003
```

```
District/off: 0752-1          User: froman                Page 2 of 4                   Date Rcvd: Mar 12, 2013
                              Form ID: pdf006             Total Noticed: 146


12623201      +J.V. FOLSOM COMPANY,    2201 MIDWAY ROAD,    SUITE 314,    CARROLLTON, TX 75006-5068
12623202      +JAMES LASKOWSKI,    23 W. 607 HEMLOCK LN.,    NAPERVILLE, IL 60540-9511
12623203      +JENKINS TRANSPORT,    205 E. BUTTERFIELD RD, STE 197,    ELMHURST, IL 60126-5103
12623204      +KEENAN & ASSOCIATES,    3318 BURGUNDY COURT,    MEQUON, WI 53092-5202
12623205       LAB SAFETY SUPPLY, INC.,    401 S. WRIGHT ROAD,    P.O. BOX 1368,    JANESVILLE, WI 53547-1368
12623206      +LAFOX SCREW PRODUCTS, INC,    440 N. GILBERT ST.,    SOUTH ELGIN, IL 60177-1397
12623208      +LAUREN PAHOS,    Adelman & Gettleman, Ltd,    53 West Jackson Blvd, Suite 1050,
                Chicago, Il 60604-3786
12623209      +LAVA ENTERPRISES, INC.,    12270 WORLD TRADE DRIVE,    SAN DIEGO, CA 92128-3765
12623210       LEGEND MARKETING,    52 POPLARWOOD,   WARREN, MANITOBA,    CANADA ROC 3EO
12623211      +LMN SALES,    LENA NOKIELSKI,    13209 DIEGEL DR.,    SHELBY TWP., MI 48315-1359
12623212       LOUISIANA DEP.OF AGRICULTURE,     & FORESTRY-CHEMISTRY DIVISION,    P.O. BOX 91081,
                BATON ROUGE, LA    70821-9081
12623216      +MAX PACKAGING INC,    9951 W. 190TH STREET,    SUITE G,    MOKENA, IL 60448-8336
12623218       MCM CORP,    P O BOX 14490,    LENEXA, KS 66285-4490
12623219      +METROPOLITAN MERCHANDISING,    10 PARKSIDE DRIVE,    PARSIPPANY, NJ 07054-4355
12623221      +MID-STATES,    540 WEST GALENA BLVD,    AURORA, IL 60506-3893
12623222      +MILLER SALES GROUP,    17 SWEET GUM COURT,    COLUMBIA, SC 29223-6000
12623223       MISSOURI DEPT.OF AGRICULTURE,    ATTN:FEED LICENSE-PLANT INDUST,    P.O. BOX 630,
                JEFFERSON CITY, MO    65102-0630
12623224      +MOL(AMERICA) INC.,    ATTN: FREIGHT CASHIER,    188 INDUSTRIAL DRIVE, STE 300,
                ELMHURST, IL 60126-1611
12863895      +Michael L Ralph, Sr,    Richards, Ralph & Schwab, Chartered,    175 E Hawthorn Parkway, Suite 345,
                Vernon Hills, Il 60061-1460
12623225      +NEAL & MCDEVITT,    1776 ASH STREET,    NORTHFIELD, IL 60093-3001
12623226      +NEXUS DISTRIBUTION CORPORATION,    3555 SALT CREEK LANE,    SUITE 100,
                ARLINGTON HEIGHTS, IL 60005-1082
13655418      +Natalie Bergstein Nilon,    PO Box 265,    Western Springs, IL 60558-0265
12623228       OVERNITE TRANSPORTATION CO,    P.O. BOX 79755,    BALTIMORE, MD 21279-0755
12623229      +PARADISE SALES & MARKETING, IN,    1020 CEDAR AVE. SUITE 100,    ST CHARLES, IL 60174-2222
12623230      +PAYCHEX MAJOR MARKET SERVICE,    NAPERVILLE WOODS OFFICE CENTER,    1000 E WARRENVILLE RD, STE 200,
                NAPERVILLE, IL 60563-3574
12623231      +PERVASIVE,    12365-B RIATA TRACE PARKWAY,    AUSTIN, TX 78727-6418
12623232      +POWER GRAPHICS & PRINT,    7345 MONTICELLO,    SKOKIE, IL 60076-4024
12623233      +POWER SALES,    4008 DUTCH HARBOR CT,    RALEIGH, NC 27606-8604
12623234       QUILL,    P O BOX 94081,    PALATINE, IL 60094-4081
12623235      +R & L MAINTENANCE,    324 LAKE STREET,    OAK PARK, IL 60302-2699
12623236      +RELIANCE STANDARD,    2001 MARKET STREET,    SUITE 1500,    PHILADELPHIA, PA 19103-7090
12623237      +RICHARD D. MILHAM,    2686 CRAIG DRIVE,    DES PLAINES, IL 60018-4016
12623238      +RJ KERWICK MARKETING,    RAY KERWICK,    1211 LAS POSAS,    SAN CLEMENTE, CA 92673-4010
12623239       ROADRUNNER FREIGHT SYSTEMS,INC,    DEPT #3991,    P.O. BOX 2088,    MILWAUKEE, WI, WI 53201-2088
12623240      +ROADWAY EXPRESS,    c/o RMS Bankruptcy Recovery Serv,    PO Box 5126,
                Timonium, Maryland 21094-5126
12623241      +ROADWAY EXPRESS, INC.,    P.O. BOX 905587,    CHARLOTTE, NC 28290-5587
13655432      +Robin Rash,    20 Golf Avenue,    Clarendon Hills, IL 60514-1222
12623242      +SALLY CERVETTO,    57 SAN PABLO DRIVE,    SAN RAPHAEL, CA 94903-4162
12623243      +SECURITY SERVICES,    1616 E. ROOSEVELT ROAD,    SUITE 12,    WHEATON, IL 60187-6850
12623244       SELDEN FOX, LTD.,    619 ENTERPRISE DRIVE,    OAK BROOK, IL 60523-8835
12623245      +SHAW GUSSIS FISHMAN GLANTZ,    WOLFSON & TOWBIN LLC,    321 N. CLARK ST., SUITE 800,
                CHICAGO, IL 60654-4766
12623246       SHELL OIL COMPANY,    P.O. BOX 183019,    COLUMBUS, OH 43218-3019
12623247      +SHELTER PRODUCTS, INC.,    810 NORTH FRONT STREET,    NEW ULM, MN 56073-1149
12623249      +STEVEN GAGE,    2097 CHILDS CT,    WHEATON, IL 60187-4522
12623251      +STS,    1191 EAST HIGGINS ROAD,    ELK GROVE VILLAGE, IL 60007-1563
12623252       SUSAN O'LEARY,    1924 W. FARRAGUT,    CHICAGO, IL 60640-1022
12623250      +Steven J Pahos,    Adelman & Gettleman, Ltd,    53 West Jackson Blvd, Suite 1050,
                Chicago, Il 60604-3786
12623253      +THE BERMAN COMPNAY,    614 BAYWOOD ROAD #C,    ALAMEDA, CA 94502-6603
12623254      +THE OLSON COMPANIES,    1717 PEARL STREET,    WAUKESHA, WI 53186-5626
12623255       TIM KIRKSEY,    3331 SHADOWERMOOR,    DACULA, GA 30019-4657
12623256      +TOO MUCH FUN, LLC.,    1178 FARNSWORTH ROAD,    WATERVILLE, OH 43566-1035
12623258      +U S COMPLIANCE CORP,    301 CARLSON PARKWAY,    SUITE #200,    MINNETONKA, MN 55305-5357
12623260      +UNISTAFF INC,    301 EAST NORTH AVENUE,    NORTHLAKE, IL 60164-2628
12623261       UNITED PARCEL SERVICE,    P.O. BOX 505820,    THE LAKES, NV 88905-5820
12623262      +UNIVERSAL PACKAGING INC,    PO BOX 79769,    HOUSTON, TX 77279-9769
12623263       UPS FREIGHT,    P.O. BOX 79755,    BALTIMORE, MD 21279-0755
12623264      +UPS SUPPLY CHAIN SOLUTIONS,INC,    ATTN:CUSTOMS BROKERAGE SERVS,    P.O. BOX 34486,
                LOUISVILLE, KY 40232-4486
12623265       UPS SUPPLY CHAIN SOLUTIONS,INC,    P.O. BOX 226717,    DALLAS, TX 75222-6717
12623266      +USF HOLLAND INC,    750 E. 40TH ST.,    HOLLAND, MI 49423-5342
12623267      +VINAKOM COMMUNICATIONS,    1365 WILEY ROAD,    SUITE 142,    SCHAUMBURG, IL 60173-4357
12623268       VISA,    P.O. BOX 4512,    CAROL STREAM, IL 60197-4512
12623269       VITRAN EXPRESS,    22235 NETWORK PLACE,    CHICAGO, IL 60673-1222
12623270      +WARREN SPECIALTY MOLDING, INC,    5416 N. BROADWAY,    CHICAGO, IL 60640-1704
12623272      +WETSEL, INC.,    ATTN: TOM WETSEL,    P.O. BOX 791,    HARRISONBURG, VA 22803-0791
12623273       WHEATBELT, INC.,    ATTN: DEBBIE FISHER,    P.O. BOX 20287,    KANSAS CITY, MO    64195-0287
12623274      +WILLIAM A MCGINTY CO,    2300 E. HIGGINS ROAD,    SUITE #104,    ELK GROVE VILLAGE, IL 60007-2600
12623275      +WORD PROCESSING INDUSTRIES INC    4545 N RAVENSWOOD AVE,    CHICAGO, IL 60640-5289
12623276      +WORTH STEEL & MACHINERY, INC,    4001 W. 123RD ST.,    ALSIP, IL 60803-1801
12623277       YELLOW FREIGHT SYSTEM, INC.,    P.O. BOX 73149,    CHIACGO, IL 60673-7149
```

```
District/off: 0752-1          User: froman              Page 3 of 4              Date Rcvd: Mar 12, 2013
                              Form ID: pdf006           Total Noticed: 146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12623149     E-mail/Text: bk.notifications@jpmchase.com Mar 13 2013 03:19:57     CHASE AUTOMOTIVE FINANCE,
              P.O. BOX 15700,    WILMINGTON, DE 19886-5700
12623155     E-mail/Text: legalcollections@comed.com Mar 13 2013 03:20:29     COMED,   BILL PAYMENT CENTER,
              CHICAGO, IL 60668-0001
12623159    +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Mar 13 2013 03:21:18     CORPORATION SERVICE COMPANY,
              2711 CENTERVILLE ROAD,    WILMINGTON, DE 19808-1646
12623166    +E-mail/Text: rhartig@ddiservices.com Mar 13 2013 03:22:07     DISTRIBUTION DATA INCORPORATED,
              ATTN:DAVE KENNICUTT,    16101 SNOW ROAD, #200,   BROOKPARK, OH 44142-2817
12623189    +E-mail/Text: bankruptcy@gsb.com Mar 13 2013 04:10:19     GLENVIEW STATE BANK,   800 WAUKEGAN ROAD,
              GLENVIEW, IL 60025-4310
12623214     E-mail/Text: carmenksine@comcast.net Mar 13 2013 03:21:08     MARLENE SINE & ASSOCIATES INC,
              04971 BLUE STAR HWY,    SOUTH HAVEN, MI 49090
12623227    +Fax: 336-822-5007 Mar 13 2013 03:59:04     OLD DOMINION FREIGHT LINE INC,   PO BOX 60908,
              CHARLOTTE, NC 28260
12970477     E-mail/Text: resurgentbknotifications@resurgent.com Mar 13 2013 03:19:13     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12623248     E-mail/Text: bankruptcies@shrm.org Mar 13 2013 03:21:35     SOCIETY FOR HUMAN RECOURCE MGM,
              PO BOX 791139,    BALTIMORE, MD 21279-1139
12623257    +E-mail/Text: William.Strening@TrueValue.com Mar 13 2013 03:22:10     TRUSERV CORPORATION,
              EVENTS & MEETINGS DEPARTMENT,    8600 W. BRYN MAWR,   CHICAGO, IL 60631-3579
12623259    +E-mail/Text: ulinecollections@uline.com Mar 13 2013 04:24:06     ULINE,   2200 S. LAKESIDE DRIVE,
              WAUKEGAN, IL 60085-8311
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          DiMonte & Lizak, LLC
12623136     BEST BUY
12623142     BRUCE WEBBER
12623213     MARCIE HOOKER
12623220     MEYER SEED CO
13540533*    Keenan & Associates,   3318 Burgundy Court,   Mequon, WI 53092-5202
12623127   ##+ABLE FIRST AID, INC.,   P.O. BOX 2321,   NORTHBROOK, IL 60065-2321
12623145   ##+CANANWILL, INC.,   1000 MILWAUKEE AVENUE,   GLENVIEW, IL 60025-2422
12623167   ##+DONALD J. HALBE,   1 N. 264 STACY CT.,   GLEN ELLYN, IL 60137-3732
12623175   ##+FASTENERS FOR RETAIL, INC.,   28900 FOUNTAIN PARKWAY,   CLEVELAND, OH 44139-4383
12623181   ##+FEDEX TRADE NETWORKS,   TRANSPORT & BROKERAGE,   P.O. BOX 4590,   BUFFALO,, NY 14240-4590
12623193   ##+HOGAN MARREN,   180 NORTH WACKER DR.,   SUITE 600,   CHICAGO, IL 60606-1604
13653744   ##+Hogan Marren, ltd.,   180 N. Wacker Drive,   Suite 600,   Chicago, Illinois 60606-1604,
              (312)946-1800
12623207    ##LAMIN-ALL LABELS INC,   4105 MAY ST,   HILLSIDE, IL 60162-1822
12623215   ##+MASTER IMAGE SUPPLY, INC.,   PO BOX 551,   CANOGA PARK, CA 91305-0551
12623217   ##+MCC SALES,   Rep#19,   3040 Bush Parkway,   Carmel, IN 46033-3645
12623271   ##+WESTERN SALES & MARKT LLC,   4343 SOUTH 3500 WEST,   WEST HAVEN, UT 84401-8427
                                                                              TOTALS: 5, * 1, ## 11

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2013**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1           User: froman              Page 4 of 4                  Date Rcvd: Mar 12, 2013
                               Form ID: pdf006           Total Noticed: 146
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2013 at the address(es) listed below:

```
              David J Schwab     on behalf of Creditor    Eniltra, LLC djschwab@rss-chtd.com,
               vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
              Howard L. Adelman     on behalf of Debtor    Art Line, Inc. hla@ag-ltd.com
              Ira P Goldberg     on behalf of Defendant Richard J. Mason igoldberg@dimontelaw.com,
               phogan@dimontelaw.com
              Ira P Goldberg     on behalf of Trustee Richard J Mason igoldberg@dimontelaw.com,
               phogan@dimontelaw.com
              Joel H Norton    on behalf of Creditor    Eniltra, LLC jnorton@rss-chtd.com,
               dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com;vkingsley@rrs-chtd.com
              Michael L Ralph, Sr    on behalf of Creditor    Eniltra, LLC mralph@rss-chtd.com,
               vkingsley@rrs-chtd.com;dcasey@rss-chtd.com;jtolemy@rss-chtd.com;jobereiner@rss-chtd.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    rmason@mcguirewoods.com,  IL54@ecfcbis.com
              Russell S Long    on behalf of Plaintiff    Eniltra, LLC rlong@dkattorneys.com
                                                                                             TOTAL: 9
```