**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ART LINE, INC.                        § Case No. 08-24841
                                             §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,500.00                    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $37,020.50    Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $38,897.15

---

   3) Total gross receipts of $ 75,917.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $75,917.65 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,897.15 | 38,897.15 | 38,897.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,527.37 | 4,527.37 | 4,527.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,335,144.06 | 5,052,344.29 | 32,493.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $8,378,568.58 | $5,095,768.81 | $75,917.65 |

    4) This case was originally filed under Chapter 7 on September 19, 2008. The case was pending for 63 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2014　　　　　By: /s/RICHARD J. MASON
　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Glenview State Bank | 1129-000 | 49,593.28 |
| Account Receivables | 1129-000 | 194.96 |
| Automobiles | 1129-000 | 26,100.00 |
| Interest Income | 1270-000 | 29.41 |
| **TOTAL GROSS RECEIPTS** | | **$75,917.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 7,045.88 | 7,045.88 | 7,045.88 |
| DiMonte & Lizak, LLC | 3210-000 | N/A | 26,591.00 | 26,591.00 | 26,591.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| DiMonte & Lizak, LLC | 3220-000 | N/A | 180.86 | 180.86 | 180.86 |
| Abrams & Steinberg, P.C. | 3410-000 | N/A | 1,668.75 | 1,668.75 | 1,668.75 |
| International Sureties, Ltd. | 2300-000 | N/A | 29.49 | 29.49 | 29.49 |
| Richard J. Mason, Trustee | 2300-000 | N/A | 33.76 | 33.76 | 33.76 |
| International Sureties, LTD | 2300-000 | N/A | 29.55 | 29.55 | 29.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.12 | 59.12 | 59.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.81 | 77.81 | 77.81 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.70 | 85.70 | 85.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.16 | 80.16 | 80.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.10 | 85.10 | 85.10 |
| International Sureties, LTD. | 2300-000 | N/A | 424.18 | 424.18 | 424.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.51 | 76.51 | 76.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.57 | 78.57 | 78.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.80 | 75.80 | 75.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.09 | 86.09 | 86.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.47 | 75.47 | 75.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 83.12 | 83.12 | 83.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.34 | 80.34 | 80.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.41 | 72.41 | 72.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.18 | 85.18 | 85.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.27 | 77.27 | 77.27 |
| Rabobank, N.A. | 2600-000 | N/A | 50.37 | 50.37 | 50.37 |
| Rabobank, N.A. | 2600-000 | N/A | 59.44 | 59.44 | 59.44 |
| U.S. Bankruptcy Court | 2990-000 | N/A | 1,605.22 | 1,605.22 | 1,605.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $38,897.15 | $38,897.15 | $38,897.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | Ana Maria Cabrera | 5800-000 | N/A | 1,792.93 | 1,792.93 | 1,792.93 |
| 24P | WILLIAM A MCGINTY CO | 5800-000 | N/A | 2,734.44 | 2,734.44 | 2,734.44 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,527.37 | $4,527.37 | $4,527.37 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FedEx Customer Information Service | 7100-000 | N/A | 1,368.68 | 1,368.68 | 1.13 |
| 2 | ROADWAY EXPRESS | 7100-000 | N/A | 1,688.38 | 1,688.38 | 1.38 |
| 3 | Roundup Funding, LLC | 7100-000 | N/A | 2,226.00 | 2,226.00 | 1.82 |
| 4 | CROSSROADS MARKETING | 7100-000 | N/A | 1,331.30 | 1,331.30 | 1.09 |
| 5 | R & L MAINTENANCE | 7100-000 | N/A | 628.00 | 628.00 | 0.51 |
| 6 | WORD PROCESSING INDUSTRIES INC | 7100-000 | N/A | 838.99 | 838.99 | 0.69 |
| 7 | CELLULAR CONCRETE LLC | 7100-000 | N/A | 10,650.00 | 10,650.00 | 8.72 |
| 8 | BATAVIA CONTAINER, INC | 7100-000 | N/A | 64,076.27 | 64,076.27 | 52.44 |
| 9 | NEAL & MCDEVITT | 7100-000 | N/A | 4,416.18 | 4,416.18 | 3.61 |
| 10 | DAN MEUCCI | 7100-000 | N/A | 10,280.00 | 0.00 | 0.00 |
| 10 -2 | DAN MEUCCI | 7100-000 | N/A | 10,280.00 | 10,280.00 | 8.41 |
| 11 | DENNIS J DUEL & ASSOC | 7100-000 | N/A | 3,855.00 | 3,855.00 | 3.16 |
| 12 | BELMARK | 7100-000 | N/A | 4,188.77 | 4,188.77 | 3.43 |
| 13 | FASTENERS FOR RETAIL, INC. | 7100-000 | N/A | 117.84 | 117.84 | 0.10 |
| 14 | LAFOX SCREW PRODUCTS, INC | 7100-000 | N/A | 2,259.74 | 2,259.74 | 1.85 |
| 15 | LAB SAFETY SUPPLY, INC. | 7100-000 | N/A | 226.45 | 226.45 | 0.19 |
| 16 | LMN SALES | 7100-000 | N/A | 7,860.03 | 0.00 | 0.00 |
| 16 -2 | LMN SALES | 7100-000 | N/A | 7,860.03 | 7,860.03 | 6.43 |
| 17 | DUNWIDDIE CUSTOM PACKAGING | 7100-000 | N/A | 226,676.26 | 226,676.26 | 185.52 |
| 18 | J. STEINER MARKETING | 7100-000 | N/A | 74,182.20 | 74,182.20 | 60.71 |
| 19 | KEENAN & ASSOCIATES | 7100-000 | N/A | 32,382.54 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 -2 | KEENAN & ASSOCIATES | 7100-000 | N/A | 32,382.54 | 32,382.54 | 26.50 |
| 20 | PARADISE SALES & MARKETING, IN | 7100-000 | N/A | 21,698.42 | 0.00 | 0.00 |
| 20 -2 | PARADISE SALES & MARKETING, IN | 7100-000 | N/A | 21,698.42 | 21,698.42 | 17.76 |
| 21 | BOW PLASTICS LTD | 7100-000 | N/A | 35,303.29 | 35,303.29 | 28.89 |
| 23 | SELDEN FOX, LTD. | 7100-000 | N/A | 3,220.00 | 3,220.00 | 2.64 |
| 24U | WILLIAM A MCGINTY CO | 7100-000 | N/A | 47,767.09 | 47,767.09 | 39.09 |
| 25 | RICHARD D. MILHAM | 7100-000 | N/A | 3,233.38 | 3,233.38 | 2.65 |
| 26 | Eniltra, LLC | 7100-000 | N/A | 2,300,000.00 | 1,000,000.00 | 30,793.88 |
| 27 | MCC SALES | 7100-000 | N/A | 55,000.00 | 0.00 | 0.00 |
| 27 -2 | MCC SALES | 7100-000 | N/A | 55,000.00 | 55,000.00 | 0.00 |
| 28 | Hogan Marren, ltd. | 7100-000 | N/A | 2,115.96 | 2,115.96 | 1.73 |
| 29 | Steven J Pahos | 7100-000 | N/A | 1,490,035.49 | 1,490,035.49 | 1,219.50 |
| 30 | Natalie Bergstein Nilon | 7100-000 | N/A | 1,836,339.00 | 0.00 | 0.00 |
| 30 -2 | Natalie Bergstein Nilon | 7100-000 | N/A | 1,836,339.00 | 1,836,339.00 | 0.00 |
| 31 | Robin Rash | 7100-000 | N/A | 70,000.00 | 70,000.00 | 0.00 |
| 32 | LAUREN PAHOS | 7100-000 | N/A | 19,139.25 | 19,139.25 | 15.66 |
| 33 | MARLENE SINE & ASSOCIATES INC | 7100-000 | N/A | 4,443.78 | 0.00 | 0.00 |
| 33 -2 | MARLENE SINE & ASSOCIATES INC | 7100-000 | N/A | 4,443.78 | 4,443.78 | 3.64 |
| 34 | Indiana Sugars, Inc. | 7200-000 | N/A | 14,796.00 | 0.00 | 0.00 |
| 34 -2 | Indiana Sugars, Inc. | 7200-000 | N/A | 14,796.00 | 14,796.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,335,144.06 | $5,052,344.29 | $32,493.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-24841  
**Case Name:** ART LINE, INC.  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 09/19/08 (f)  
**§341(a) Meeting Date:** 11/04/08  

**Period Ending:** 01/16/14  
**Claims Bar Date:** 03/17/09  

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Glenview State Bank | 36,462.75 | 36,462.75 | | 49,593.28 | FA |
| 2 | Life Insurance Policy | Unknown | N/A | | 0.00 | FA |
| 3 | Stock and interests | Unknown | 0.00 | | 0.00 | FA |
| 4 | Account Receivables | Unknown | 0.00 | | 194.96 | FA |
| 5 | Patents/Copyrights (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6 | Automobiles | 30,000.00 | 30,000.00 | | 26,100.00 | FA |
| 7 | Office equipment, furnishings, and supplies | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 8 | Machinery, fixtures, equipment, and supplies (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 9 | Inventory | Unknown | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 29.41 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$68,962.75** | **$68,962.75** | | **$75,917.65** | **$0.00** |

RE PROP# 5   Unknown value  
RE PROP# 8   Unknown value  

**Major Activities Affecting Case Closing:**

Major Activity Affecting Case Closing

We are waiting for the Accountant Fee Application.

**Initial Projected Date Of Final Report (TFR):** August 31, 2011    **Current Projected Date Of Final Report (TFR):** March 1, 2013 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-24841  
**Case Name:** ART LINE, INC.  
**Taxpayer ID #:** **-***8337  
**Period Ending:** 01/16/14  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/08 | {1} | Glenview State Bank | Cashier's Check | 1129-000 | 36,397.80 | | 36,397.80 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 36,398.69 |
| 01/16/09 | {4} | Fleming Post Confirmation Trust | Third Cash Distribution | 1129-000 | 194.96 | | 36,593.65 |
| 01/30/09 | {6} | Steven J. Pahos | Proceeds from Vehicles | 1129-000 | 26,100.00 | | 62,693.65 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.48 | | 62,695.13 |
| 02/23/09 | {1} | Glenview State Bank | Cashier Check | 1129-000 | 13,195.48 | | 75,890.61 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.33 | | 75,892.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 75,896.24 |
| 04/20/09 | 1001 | International Sureties, Ltd. | Bond #016026455 | 2300-000 | | 29.49 | 75,866.75 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.09 | | 75,869.84 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.99 | | 75,872.83 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 75,876.13 |
| 07/22/09 | 1002 | Davis & Kuelthau | Settlement with Eniltra | 7100-000 | | 30,000.00 | 45,876.13 |
| 07/22/09 | 1003 | Di Monte & Lizak, LLC | Attorney for Trustee fees | 3210-000 | | 6,591.00 | 39,285.13 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.82 | | 39,287.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 39,289.60 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 39,291.20 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.60 | | 39,292.80 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 39,294.45 |
| 12/29/09 | | To Account #********2066 | Transfer from MMA to DDA | 9999-000 | | 39,294.45 | 0.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.65 | | 1.65 |
| 01/22/10 | | To Account #********2066 | Transfer from MMA to Checking Account | 9999-000 | | 1.65 | 0.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 1.06 |
| 05/10/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 1.06 |
| 05/10/10 | | To Account #********2066 | | 9999-000 | | 1.06 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 75,917.65 | 75,917.65 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 39,297.16 | |
| | | | **Subtotal** | | 75,917.65 | 36,620.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,917.65** | **$36,620.49** | |

{} Asset reference(s)

Printed: 01/16/2014 10:42 AM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ART LINE, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****20-66 - Checking Account |
| Taxpayer ID #: | **-***8337 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/16/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/29/09 | | From Account #********2065 | Transfer from MMA to DDA | 9999-000 | 39,294.45 | | 39,294.45 |
| 01/22/10 | | From Account #********2065 | Transfer from MMA to Checking Account | 9999-000 | 1.65 | | 39,296.10 |
| 05/10/10 | | From Account #********2065 | | 9999-000 | 1.06 | | 39,297.16 |
| 05/10/10 | 101 | Richard J. Mason, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/10/2010 FOR CASE #08-24841, Blanket Bond #016026455 | 2300-000 | | 33.76 | 39,263.40 |
| 06/03/10 | | Wire out to BNYM account 9200******2066 | Wire out to BNYM account 9200******2066 | 9999-000 | -39,229.64 | | 33.76 |
| 07/16/10 | | Wire out to BNYM account 9200******2066 | Wire out to BNYM account 9200******2066 | 9999-000 | -33.76 | | 0.00 |
| | | | ACCOUNT TOTALS | | 33.76 | 33.76 | $0.00 |
| | | | Less: Bank Transfers | | 33.76 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 33.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$33.76** | |

{} Asset reference(s)                                                                                                 Printed: 01/16/2014 10:42 AM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-24841 | **Trustee:** RICHARD J. MASON (330470) |
| **Case Name:** ART LINE, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******20-65 - Checking Account |
| **Taxpayer ID #:** **-***8337 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 01/16/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)    Printed: 01/16/2014 10:42 AM    V.13.13

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-24841 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | ART LINE, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******20-66 - Checking Account |
| Taxpayer ID #: | **-***8337 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/16/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/03/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | 9999-000 | 39,229.64 | | 39,229.64 |
| 07/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | Wire in from JPMorgan Chase Bank, N.A. account ********2066 | 9999-000 | 33.76 | | 39,263.40 |
| 05/05/11 | 10102 | International Sureties, LTD | Bond # 016026455 | 2300-000 | | 29.55 | 39,233.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.12 | 39,174.73 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.81 | 39,096.92 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.70 | 39,011.22 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.16 | 38,931.06 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.10 | 38,845.96 |
| 02/09/12 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #08-24841 Voided on 02/09/12 | 2300-000 | | ! 432.43 | 38,413.53 |
| 02/09/12 | 10103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #08-24841 Voided: check issued on 02/09/12 | 2300-000 | | ! -432.43 | 38,845.96 |
| 02/09/12 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #08-24841, Bond #016026455 | 2300-000 | | 424.18 | 38,421.78 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.51 | 38,345.27 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.57 | 38,266.70 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.80 | 38,190.90 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.09 | 38,104.81 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.47 | 38,029.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.12 | 37,946.22 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.34 | 37,865.88 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.41 | 37,793.47 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.18 | 37,708.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.27 | 37,631.02 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 37,631.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 39,263.40 | 39,263.40 | $0.00 |
| | | | Less: Bank Transfers | | 39,263.40 | 37,631.02 | |
| | | | Subtotal | | 0.00 | 1,632.38 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,632.38 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 01/16/2014 10:42 AM    V.13.13

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-24841 | | **Trustee:** | RICHARD J. MASON (330470) |
| **Case Name:** | ART LINE, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****519766 - Checking Account |
| **Taxpayer ID #:** | **-***8337 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/16/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                     Printed: 01/16/2014 10:42 AM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 08-24841  
**Case Name:** ART LINE, INC.  
**Taxpayer ID #:** **-***8337  
**Period Ending:** 01/16/14  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****519767 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,631.02 | | 37,631.02 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.37 | 37,580.65 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.44 | 37,521.21 |
| 04/15/13 | 20105 | RICHARD J. MASON | Dividend paid 100.00% on $7,045.88, Trustee Compensation; Reference: | 2100-000 | | 7,045.88 | 30,475.33 |
| 04/15/13 | 20106 | Abrams & Steinberg, P.C. | Dividend paid 100.00% on $1,668.75, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,668.75 | 28,806.58 |
| 04/15/13 | 20107 | Ana Maria Cabrera | Dividend paid 100.00% on $1,792.93; Claim# 22; Filed: $1,792.93; Reference: | 5800-000 | | 1,792.93 | 27,013.65 |
| 04/15/13 | 20108 | CELLULAR CONCRETE LLC | Dividend paid 0.08% on $10,650.00; Claim# 7; Filed: $10,650.00; Reference: | 7100-000 | | 8.72 | 27,004.93 |
| 04/15/13 | 20109 | BATAVIA CONTAINER, INC | Dividend paid 0.08% on $64,076.27; Claim# 8; Filed: $64,076.27; Reference: | 7100-000 | | 52.44 | 26,952.49 |
| 04/15/13 | 20110 | DAN MEUCCI | Dividend paid 0.08% on $10,280.00; Claim# 10 -2; Filed: $10,280.00; Reference: | 7100-000 | | 8.41 | 26,944.08 |
| 04/15/13 | 20111 | LMN SALES | Dividend paid 0.08% on $7,860.03; Claim# 16 -2; Filed: $7,860.03; Reference: | 7100-000 | | 6.43 | 26,937.65 |
| 04/15/13 | 20112 | DUNWIDDIE CUSTOM PACKAGING | Dividend paid 0.08% on $226,676.26; Claim# 17; Filed: $226,676.26; Reference: | 7100-000 | | 185.52 | 26,752.13 |
| 04/15/13 | 20113 | J. STEINER MARKETING | Dividend paid 0.08% on $74,182.20; Claim# 18; Filed: $74,182.20; Reference: | 7100-000 | | 60.71 | 26,691.42 |
| 04/15/13 | 20114 | KEENAN & ASSOCIATES | Dividend paid 0.08% on $32,382.54; Claim# 19 -2; Filed: $32,382.54; Reference: | 7100-000 | | 26.50 | 26,664.92 |
| 04/15/13 | 20115 | PARADISE SALES & MARKETING, IN | Dividend paid 0.08% on $21,698.42; Claim# 20 -2; Filed: $21,698.42; Reference: | 7100-000 | | 17.76 | 26,647.16 |
| 04/15/13 | 20116 | BOW PLASTICS LTD | Dividend paid 0.08% on $35,303.29; Claim# 21; Filed: $35,303.29; Reference: | 7100-000 | | 28.89 | 26,618.27 |
| 04/15/13 | 20117 | Eniltra, LLC | Dividend paid 0.08% on $1,000,000.00; Claim# 26; Filed: $2,300,000.00; Reference: | 7100-000 | | 793.88 | 25,824.39 |
| 04/15/13 | 20118 | MCC SALES | Dividend paid 0.08% on $55,000.00; Claim# 27 -2; Filed: $55,000.00; Reference: Stopped on 09/10/13 | 7100-000 | | 45.01 | 25,779.38 |
| 04/15/13 | 20119 | Steven J Pahos | Dividend paid 0.08% on $1,490,035.49; Claim# 29; Filed: $1,490,035.49; Reference: | 7100-000 | | 1,219.50 | 24,559.88 |
| 04/15/13 | 20120 | Natalie Bergstein Nilon | Dividend paid 0.08% on $1,836,339.00; Claim# 30 -2; Filed: $1,836,339.00; Reference: Stopped on 09/10/13 | 7100-000 | | 1,502.92 | 23,056.96 |

Subtotals : $37,631.02  $14,574.06

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| **Case Number:** | 08-24841 | | **Trustee:** | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ART LINE, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****519767 - Checking Account |
| **Taxpayer ID #:** | **-***8337 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/16/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/15/13 | 20121 | Robin Rash | Dividend paid 0.08% on $70,000.00; Claim# 31; Filed: $70,000.00; Reference: Stopped on 09/10/13 | 7100-000 | | 57.29 | 22,999.67 |
| 04/15/13 | 20122 | LAUREN PAHOS | Dividend paid 0.08% on $19,139.25; Claim# 32; Filed: $19,139.25; Reference: | 7100-000 | | 15.66 | 22,984.01 |
| 04/15/13 | 20123 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 29.62 | 22,954.39 |
| | | | Dividend paid 0.08% on $1,368.68; Claim# 1; Filed: $1,368.68 | 1.13 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $1,688.38; Claim# 2; Filed: $1,688.38 | 1.38 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $2,226.00; Claim# 3; Filed: $2,226.00 | 1.82 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $1,331.30; Claim# 4; Filed: $1,331.30 | 1.09 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $628.00; Claim# 5; Filed: $628.00 | 0.51 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $838.99; Claim# 6; Filed: $838.99 | 0.69 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $4,416.18; Claim# 9; Filed: $4,416.18 | 3.61 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $3,855.00; Claim# 11; Filed: $3,855.00 | 3.16 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $4,188.77; Claim# 12; Filed: $4,188.77 | 3.43 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $117.84; Claim# 13; Filed: $117.84 | 0.10 | 7100-000 | | 22,954.39 |
| | | | Dividend paid 0.08% on $2,259.74; Claim# 14; Filed: $2,259.74 | 1.85 | 7100-000 | | 22,954.39 |

Subtotals :    $0.00    $102.57

{} Asset reference(s)    Printed: 01/16/2014 10:42 AM    V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 08-24841  
**Case Name:** ART LINE, INC.  
**Taxpayer ID #:** **-***8337  
**Period Ending:** 01/16/14  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****519767 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 0.08% on 0.19<br>$226.45; Claim# 15;<br>Filed: $226.45 | 7100-000 | | | 22,954.39 |
| | | | Dividend paid 0.08% on 2.64<br>$3,220.00; Claim# 23;<br>Filed: $3,220.00 | 7100-000 | | | 22,954.39 |
| | | | Dividend paid 0.08% on 2.65<br>$3,233.38; Claim# 25;<br>Filed: $3,233.38 | 7100-000 | | | 22,954.39 |
| | | | Dividend paid 0.08% on 1.73<br>$2,115.96; Claim# 28;<br>Filed: $2,115.96 | 7100-000 | | | 22,954.39 |
| | | | Dividend paid 0.08% on 3.64<br>$4,443.78; Claim# 33<br>-2; Filed: $4,443.78 | 7100-000 | | | 22,954.39 |
| 04/15/13 | 20124 | DiMonte & Lizak, LLC | Combined Check for Claims#et_al. | | | 20,180.86 | 2,773.53 |
| | | | Dividend paid 100.00% 20,000.00<br>on $26,591.00; Claim# ;<br>Filed: $26,591.00 | 3210-000 | | | 2,773.53 |
| | | | Dividend paid 100.00% 180.86<br>on $180.86; Claim# ;<br>Filed: $180.86 | 3220-000 | | | 2,773.53 |
| 04/15/13 | 20125 | WILLIAM A MCGINTY CO | Combined Check for Claims#24U,24P<br>Voided on 04/15/13 | 7100-000 | | 2,773.53 | 0.00 |
| 04/15/13 | 20125 | WILLIAM A MCGINTY CO | Combined Check for Claims#24U,24P<br>Voided: check issued on 04/15/13 | 7100-000 | | -2,773.53 | 2,773.53 |
| 04/15/13 | 20126 | WILLIAM A MCGINTY CO | | 5800-000 | | 2,734.44 | 39.09 |
| 04/15/13 | 20127 | WILLIAM A MCGINTY CO | | 7100-000 | | 39.09 | 0.00 |
| 09/10/13 | 20118 | MCC SALES | Dividend paid 0.08% on $55,000.00; Claim# 27 -2; Filed: $55,000.00; Reference:<br>Stopped: check issued on 04/15/13 | 7100-000 | | -45.01 | 45.01 |
| 09/10/13 | 20120 | Natalie Bergstein Nilon | Dividend paid 0.08% on $1,836,339.00;<br>Claim# 30 -2; Filed: $1,836,339.00; Reference:<br>Stopped: check issued on 04/15/13 | 7100-000 | | -1,502.92 | 1,547.93 |
| 09/10/13 | 20121 | Robin Rash | Dividend paid 0.08% on $70,000.00; Claim# 31; Filed: $70,000.00; Reference:<br>Stopped: check issued on 04/15/13 | 7100-000 | | -57.29 | 1,605.22 |
| 10/03/13 | 20128 | U.S. Bankruptcy Court | Unclaimed Funds | 2990-000 | | 1,605.22 | 0.00 |

Subtotals :     $0.00     $22,954.39

{} Asset reference(s)     Printed: 01/16/2014 10:42 AM     V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

| **Case Number:** | 08-24841 | | **Trustee:** | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| **Case Name:** | ART LINE, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****519767 - Checking Account |
| **Taxpayer ID #:** | **-***8337 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/16/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 37,631.02 | 37,631.02 | $0.00 |
| | | | Less: Bank Transfers | | 37,631.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 37,631.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$37,631.02** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****20-65** | 75,917.65 | 36,620.49 | 0.00 |
| **Checking # ***-*****20-66** | 0.00 | 33.76 | 0.00 |
| **Checking # 9200-******20-65** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******20-66** | 0.00 | 1,632.38 | 0.00 |
| **Checking # ****519766** | 0.00 | 0.00 | 0.00 |
| **Checking # ****519767** | 0.00 | 37,631.02 | 0.00 |
| | **$75,917.65** | **$75,917.65** | **$0.00** |

{} Asset reference(s)  Printed: 01/16/2014 10:42 AM  V.13.13